IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550-03 |
| KABONI SAVAGE | : | |

**O R D E R**

**AND NOW**, this  21st  day of   October   , 2010, upon consideration of Defendant Kaboni Savage's Motion for Relief from Special Administrative Measures (ECF No. 137), and all papers submitted in support thereof and in opposition thereto, and after hearing in open court, it is **ORDERED** that the Motion is **DENIED** consistent with the accompanying Memorandum.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**