IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550-03 |
| KABONI SAVAGE | : | |

**O R D E R**

**AND NOW**, this    9th    day of   February   , 2012, upon consideration of Defendant Kaboni Savage's Motion For Relief From Special Administrative Measures Which Are Interfering With Trial Preparations In This Capital Case (ECF No. 347) and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows:

1. Defendant's request to modify the special administrative measure ("SAM") that he remain shackled during any meetings with his attorneys or other members of his defense team is **DENIED**.

2. Defendant's request to modify the SAM requiring an attorney or paralegal to be present during any meetings with fact investigators is **GRANTED**. Court-appointed fact investigators may meet with Defendant alone so long as such investigator first signs an Affirmation agreeing to abide by the SAMs provisions and receives pre-clearance from the Government.

3. Defendant's request to modify the SAM requiring that only his attorneys may disseminate the contents of his communications to third parties is **GRANTED**. Fact investigators who receive pre-clearance from the Government may

disseminate the content of Defendant's communications, but only to other members of Defendant's defense team and only for the sole purpose of preparing for trial and sentencing. Defendant's defense team shall consist only of Court-appointed attorneys and paralegals, and pre-cleared and Court-appointed fact investigators and Court-appointed experts.

**IT IS SO ORDERED.**

                                          **BY THE COURT:**

                                          _____
                                          **R. BARCLAY SURRICK, J.**