IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 07-550 |
| KABONI SAVAGE : | |
| ROBERT MERRITT : | |
| STEVEN NORTHINGTON : | |
| KIDADA SAVAGE : | |

**O R D E R**

     **AND NOW**, this  1st  day of   June   , 2012, upon consideration of Defendant Kaboni Savage's Motion to Dismiss the Indictment on Double Jeopardy Grounds (ECF No. 374), in which Defendant Steven Northington has joined, and Kaboni Savage's Motion to Dismiss Count Nine of the Third Superseding Indictment on Double Jeopardy Grounds (ECF No. 375), in which Defendant Robert Merritt has joined, and the Government's Joint Response in Opposition to Defendant Kaboni Savage's Motions to Dismiss the Indictment and Count Nine on Double Jeopardy Grounds (ECF No. 465), it is **ORDERED** that Defendant's Motions are **DENIED**.

     **IT IS SO ORDERED.**

                                                 BY THE COURT:

                                                 **R. BARCLAY SURRICK, J.**