IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 07-550 |
| KABONI SAVAGE   -03 : | |
| ROBERT MERRITT   -04 : | |
| STEVEN NORTHINGTON   -05 : | |
| KIDADA SAVAGE   -06 : | |

**O R D E R**

**AND NOW**, this 14th day of September, 2012, upon consideration of the Government's Motion for an Anonymous Jury Panel and Heightened Jury Security (ECF No. 441), Defendant Kaboni Savage's Motion to Strike Government's Motion for an Anonymous Jury Panel and Heightened Jury Security for Failing to Abide by this Court's Pretrial Motions Deadline (ECF No. 446), and Defendant Kaboni Savage's Response to Motion for Anonymous Jury Panel and Heightened Security and Defendant's Motion for Sequestered Jury (ECF No. 479), it is **ORDERED** as follows:

1. The Government's Motion for an Anonymous Jury Panel and Heightened Jury Security (ECF No. 441) is **GRANTED**.

    A. The names, addresses, and places of employment of the prospective trial jurors in this case shall be withheld form the parties, the attorneys, and the public, and shall not be revealed;

    B. The jurors shall be sequestered at lunch and during court recesses under the protection of the United States Marshals Service, and shall be transported each trial day to and from an undisclosed central location,

        from which the jurors can commute to and from their respective communities.

2.     Defendant Kaboni Savage's Motion to Strike Government's Motion for an Anonymous Jury Panel and Heightened Jury Security for Failing to Abide by this Court's Pretrial Motions Deadline (ECF No. 446) is **DENIED**.

3.     Kaboni Savage's Motion for Sequestered Jury (ECF No. 479) is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

/**s**/ *R. Barclay Surrick*
U.S. District Judge