IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| KABONI SAVAGE | : | NO. 07-550-03 |

**O R D E R**

**AND NOW**, this 1ˢᵗ day of February, 2013, upon consideration of Defendant Kaboni Savage's Motion to Compel the Production of Non-Jencks Act Discovery (ECF No. 394) and Defendant's Supplemental Motion to Compel Production of Non-Jencks Act Discovery (ECF No. 503), and after a hearing in open court, it is **ORDERED** that the Motions are **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/R. Barclay Surrick*
**U.S. District Judge**