IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| KABONI SAVAGE | : | NO. 07-550-03 |
| ROBERT MERRITT | : | NO. 07-550-04 |
| STEVEN NORTHINGTON | : | NO. 07-550-05 |
| KIDADA SAVAGE | : | NO. 07-550-06 |

## O R D E R

**AND NOW**, this 1ˢᵗ day of February, 2013, upon consideration of

the Government's Motion to Admit Tape Recordings (ECF No. 554), and all documents

submitted in support thereof and in opposition thereto, it is **ORDERED** that:

1.  The Government's Motion is **GRANTED**.

2.  Kaboni Savage's challenges to Government's proposed transcripts

    (Exhibits 2, 3, 6, and 10) are **DENIED**.

3.  Kaboni Savage's challenges to Government's proposed transcript (Exhibit

    1) is **GRANTED**.

**IT IS SO ORDERED.**


**BY THE COURT:**



**_/s/R. Barclay Surrick_**
**U.S. District Judge**