IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| KABONI SAVAGE | : | NO. 07-550 - 03 |
| ROBERT MERRITT | : | NO. 07-550 - 04 |
| STEVEN NORTHINGTON | : | NO. 07-550 - 05 |
| KIDADA SAVAGE | : | NO. 07-550 - 06 |

## O R D E R

**AND NOW**, this 1st day of February, 2013, upon consideration of the Joint Defense Motion to Compel Government to Produce a Witness List for Trial (ECF No. 827), the Government's response thereto (ECF No. 962), and Defendant Kaboni Savage's Reply (ECF No. 932), it is **ORDERED** that Defendants' Motion is **DENIED**.[1]

**IT IS SO ORDERED**.

BY THE COURT:


*/s/R. Barclay Surrick*
**U.S. District Judge**

---

[1] Defendants' request for a witness list is denied as moot. Defendants' request for the addresses of the witnesses is denied.