IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| KABONI SAVAGE | : | NO. 07-550-03 |
| ROBERT MERRITT | : | NO. 07-550-04 |
| STEVEN NORTHINGTON | : | NO. 07-550-05 |
| KIDADA SAVAGE | : | NO. 07-550-06 |

**O R D E R**

**AND NOW**, this  5th  day of   March  , 2013, upon consideration of Defendant Robert Merritt's Motion for Discovery in Support of Motion to Strike the Current Jury Panel (ECF No. 869), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED** in part and **DENIED** in part, as follows:

1. The following discovery information shall be provided to Andrew Alan Beveridge, Ph.D. upon his submission of a sworn affidavit of confidentiality:

    a. The actual Master lists for 2007, 2009, and 2011. Master lists will contain home addresses and any available information regarding sex, age, race, or ethnicity of each voter. Social security numbers and other information not relevant to Defendant's expert's analysis will be removed from the lists;

    b. Access to questionnaires mailed to individuals on the master list that were returned as undeliverable;

    c. The actual Qualified lists for 2007, 2009, and 2011. Qualified lists will contain home addresses and any available information regarding sex, age, race, or ethnicity of each voter. Social security numbers and other information not relevant to Defendant's expert's analysis will be removed from the lists;

    d. Access to summonses mailed to individuals on the qualified list that were returned as undeliverable;

    e. Access to excuse orders issued by the district court judge;

      f.        A list of jurors summoned each week from September 1, 2008 until the date of trial; and

      g.        A list of jurors that appeared at the Courthouse for juror orientation from September 1, 2008 until the date of trial.

2.    The remaining discovery requests are **DENIED**.

**IT IS SO ORDERED.**

                      **BY THE COURT:**

                      _____
                      **R. BARCLAY SURRICK, J.**