IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550 - 03 |
| KABONI SAVAGE | : | |

## **O R D E R**

**AND NOW**, this 25th day of March, 2013, upon consideration of Defendant Kaboni Savage's Motion for Mistrial (ECF No. 1096), and the Government's Response thereto (ECF No. 1099), it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

                                                             **BY THE COURT:**

                                                             ***/s/ R. BARCLAY SURRICK, J.***