IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550 - 03 |
| KABONI SAVAGE | : | |

**O R D E R**

**AND NOW**, this 26th day of April, 2013, upon consideration of Defendant Kaboni Savage's Motion to Strike Government's Introduction of Curtis Singleton's Grand Jury Testimony (ECF No. 1078), and the Government's Response thereto (ECF No. 1083), it is **ORDERED** that Defendant's Motion is **DENIED**.

   **IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**