```
1            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2                            ---

3    UNITED STATES OF AMERICA    :   CRIMINAL ACTION
                                 :
4         vs.                    :
                                 :
5    KABONI SAVAGE,              :
     KIDADA SAVAGE,              :
6    STEVEN NORTHINGTON,         :
     ROBERT MERRITT              :   NO. 07-00550
7
              PHILADELPHIA, PENNSYLVANIA
8                 May 13, 2013
         BEFORE HONORABLE R. BARCLAY SURRICK, J.
9                 VERDICT - DAY 55

10

     APPEARANCES:
11

12   FOR THE GOVERNMENT:    U.S. ATTORNEY'S OFFICE
                            BY:  DAVID TROYER, ESQUIRE
13                               JOHN GALLAGHER, ESQUIRE
                                 STEVEN MELLIN, ESQUIRE
14                          615 Chestnut Street, Suite 1250
                            Philadelphia, Pennsylvania 19106
15

16
     FOR KABONI SAVAGE:     LAW OFFICE OF WILLIAM J. PURPURA
17                          BY: WILLIAM J. PURPURA, ESQUIRE
                            The Bonaparte Building
18                          6 East Mulberry Street
                            Baltimore, Maryland 21202-2105
19

20                          RUBINO & HOEY, LLC
                            BY: CHRISTIAN J. HOEY, ESQUIRE
21                          50 Darby Road
                            Paoli, Pennsylvania 19301
22

23

24

25

                    Gregg B. Wolfe, RPR, CM
                        215-460-1511
```

2

```
 1   FOR KIDADA SAVAGE:        BARTON & PHILLIPS
                               BY: CHRISTOPHER PHILLIPS, ESQUIRE
 2                             1518 Walnut Street, Suite 1406
                               Philadelphia, Pennsylvania 19102
 3
                               TERESA WHALEN, ESQUIRE
 4                             801 Wayne Avenue, Suite 400
                               Silver Spring, Maryland 20910
 5

 6   FOR STEVEN NORTHINGTON:   THOMAS C. EGAN, III, ESQUIRE
                               621 Swede Street
 7                             Norristown, Pennsylvania 19401

 8                             WILLIAM L. BOWE, ESQUIRE
                               153 East Wolfert Station Road
 9                             Mickleton, New Jersey 08056

10
     FOR ROBERT MERRITT:       McKINNEY & GEORGE
11                             BY: PAUL M. GEORGE, ESQUIRE
                               239 S. Camac Street
12                             Philadelphia, Pennsylvania 19107

13                             WILLIAM R. SPADE, JR., ESQUIRE
                               1525 Locust Street, Suite 1400
14                             Philadelphia, Pennsylvania 19102

15

16

17

18

19

20

21

22
                       GREGG B. WOLFE, RPR, CM
23                      Official Court Reporters
                     601 Market Street, Room 1234
24                  Philadelphia, Pennsylvania 19106

25


                        Gregg B. Wolfe, RPR, CM
                           215-460-1511
```

3

```
 1              (The Court began the proceedings at
 2   3:45 p.m.)
 3              THE COURT:  All right, counsel, we
 4   received a note from the jury indicating that
 5   they've reached a verdict.  We're going to bring
 6   them in and take that verdict.  Okay?
 7              (The jury entered the courtroom
 8   at 3:45 p.m.)
 9              THE COURT:  All right, have a seat,
10   ladies and gentlemen.
11         All right, will the foreperson of the
12   jury please rise?
13         Madam Forelady, I understand that you
14   have reached a verdict in this case; is that
15   correct?
16              MADAM FORELADY:  Yes, we have.
17              THE COURT:  May I see the verdict
18   slip first, please?
19              (Verdict slip handed to the Court.)
20              THE COURT:  All right,
21   Ms. Franzese, will you please take the verdict?
22
23              THE CLERK:  Members of the jury,
24   having agreed on a verdict, will the foreperson
25   please answer?
```

```
1              Count 1, conspiracy to participate in a
2    racketeering RICO enterprise, in violation of
3    18 United States Code Section 1962(d).
4              You, the jury, as to Count 1,
5    unanimously find the defendant, Kaboni Savage,
6    guilty or not guilty?
7                   MADAM FORELADY:  Guilty.
8                   THE CLERK:  You, the jury, as to
9    Count 1, unanimously find the defendant,
10   Robert Merritt, guilty or not guilty?
11                  MADAM FORELADY:  Guilty.
12                  THE CLERK:  You, the jury, as to
13   Count 1, unanimously find the defendant, Steven
14   Northington, guilty or not guilty?
15                  MADAM FORELADY:  Guilty.
16                  THE CLERK:  You, the jury, as to
17   Count 1, unanimously find the defendant,
18   Kidada Savage, guilty or not guilty?
19                  MADAM FORELADY:  Guilty.
20                  THE CLERK:  Special Sentencing
21   Factor Number 1, the drug distribution
22   conspiracy.
23              You, the jury, unanimously find that
24   Sentencing Factor Number 1 as to the defendant,
25   Kaboni Savage, is proven or not proven?
```

```
 1                    MADAM FORELADY:  Proven.
 2                    THE CLERK:  You, the jury,
 3    unanimously find that Sentencing Factor Number 1
 4    as to the defendant, Robert Merritt, is proven
 5    or not proven?
 6                    MADAM FORELADY:  Not proven.
 7                    THE CLERK:  You, the jury,
 8    unanimously find that Sentencing Factor Number 1
 9    as to Defendant Steven Northington is proven or
10    not proven?
11                    MADAM FORELADY:  Not proven.
12                    THE CLERK:  You, the jury,
13    unanimously find that Sentencing Factor Number 1
14    as to Defendant Kidada Savage is proven or not
15    proven?
16                    MADAM FORELADY:  Not proven.
17                    THE CLERK:  Special Factor
18    Number 2, the Kenneth Lassiter murder.
19            You, the jury, unanimously find that
20    Sentencing Factor Number 2 as to Defendant
21    Kaboni Savage is proven or not proven?
22                    MADAM FORELADY:  Proven.
23                    THE CLERK:  Special Sentencing
24    Factor Number 3, the Mansur Abdullah murder.
25            You, the jury, unanimously find that
```

1    Sentencing Factor Number 3 as to Defendant

2    Kaboni Savage is proven or not proven?

3                    MADAM FORELADY:  Proven.

4                    THE CLERK:  Special Sentencing

5    Factor Number 4, the Carlton Brown murder.

6              You, the jury, unanimously find that

7    Sentencing Factor Number 4 as to Defendant

8    Kaboni Savage is proven or not proven?

9                    MADAM FORELADY:  Proven.

10                   THE CLERK:  Special Sentencing

11   Factor Number 5, the Barry Parker murder.

12             You, the jury, unanimously find that

13   Sentencing Factor Number 5 as to Defendant

14   Kaboni Savage is proven or not proven?

15                  MADAM FORELADY:  Proven.

16                   THE CLERK:  You, the jury,

17   unanimously find that Sentencing Factor Number 5

18   as to Defendant Steven Northington is proven or

19   not proven?

20                   MADAM FORELADY:  Proven.

21                   THE CLERK:  Special Sentencing

22   Factor Number 6, the Tyrone Toliver murder.

23             You, the jury, unanimously find that

24   Sentencing Factor Number 6 as to Defendant

25   Kaboni Savage is proven or not proven?

```
 1                    MADAM FORELADY:  Proven.
 2                    THE CLERK:  Special Sentencing
 3      Factor Number 7, the Tybius Flowers murder.
 4             You, the jury, unanimously find that
 5      Sentencing Factor Number 7 as to Defendant
 6      Kaboni Savage is proven or not proven?
 7                    MADAM FORELADY:  Proven.
 8                    THE CLERK:  You, the jury,
 9      unanimously find that Sentencing Factor Number 7
10      as to Defendant Steven Northington is proven or
11      not proven?
12                    MADAM FORELADY:  Proven.
13                    THE CLERK:  Special Sentencing
14      Factors Number 9 through Number 14, the Coleman
15      family murders.
16             You, the jury, unanimously find that
17      Sentencing Factors Number 9 through Number 14 as
18      to Defendant Kaboni Savage are proven or not
19      proven?
20                    MADAM FORELADY:  Proven.
21                    THE CLERK:  You, the jury,
22      unanimously find that Sentencing Factors
23      Number 9 through 14 as to Defendant
24      Robert Merritt are proven or not proven?
25                    MADAM FORELADY:  Proven.
```

```
1                  THE CLERK:  You, the jury,

2    unanimously find that Sentencing Factors

3    Number 9 through 14 as to Defendant

4    Kidada Savage are proven or not proven?

5                  MADAM FORELADY:  Proven.

6                  THE CLERK:  Special Sentencing

7    Factor Number 15, witness retaliation resulting

8    in the Coleman family murders.

9             You, the jury, unanimously find that

10   Sentencing Factor Number 15 as to Defendant

11   Kaboni Savage is proven or not proven?

12                  MADAM FORELADY:  Proven.

13                  THE CLERK:  You, the jury,

14   unanimously find that Sentencing Factor

15   Number 15 as to Defendant Robert Merritt is

16   proven or not proven?

17                  MADAM FORELADY:  Not proven.

18                  THE CLERK:  You, the jury,

19   unanimously find that Sentencing Factor

20   Number 15 as to Defendant Kidada Savage is

21   proven or not proven?

22                  MADAM FORELADY:  Proven.

23                  THE CLERK:  Count 2, murder in aid

24   of racketeering of Kenneth Lassiter, in

25   violation of 18 United States Code Section
```

```
1   1959(a)(1).
2           You, the jury, as to Count 2,
3   unanimously find the defendant, Kaboni Savage,
4   guilty or not guilty?
5               MADAM FORELADY:  Guilty.
6               THE CLERK:  Count 3, murder in aid
7   of racketeering of Mansur Abdullah, in violation
8   of 18 United States Code Section 1959(a)(1).
9           You, the jury, as to Count 3,
10  unanimously find the defendant, Kaboni Savage,
11  guilty or not guilty?
12              MADAM FORELADY:  Guilty.
13              THE CLERK:  Count 4, murder in aid
14  of racketeering of Carlton Brown, in violation
15  of 18 United States Code Section 1959(a)(1).
16          You, the jury, as to Count 4,
17  unanimously find the defendant, Kaboni Savage,
18  guilty or not guilty?
19              MADAM FORELADY:  Guilty.
20              THE COURT:  All right,
21  Ms. Franzese, you may continue.
22              THE CLERK:  Count 5, murder in aid
23  of racketeering of Barry Parker, in violation of
24  18 United States Code Section 1959(a)(1).
25          You, the jury, as to Count 5,
```

```
 1    unanimously find the defendant, Kaboni Savage,

 2    guilty or not guilty?

 3                    MADAM FORELADY:  Guilty.

 4                    THE CLERK:  You, the jury, as to

 5    Count 5, unanimously find the defendant, Steven

 6    Northington, guilty or not guilty?

 7                    MADAM FORELADY:  Guilty.

 8                    THE CLERK:  Count 6, murder in aid

 9    of racketeering of Tyrone Toliver, in violation

10    of 18 United States Code Section 1959(a)(1).

11            You, the jury, as to Count 6,

12    unanimously find the defendant, Kaboni Savage,

13    guilty or not guilty?

14                    MADAM FORELADY:  Guilty.

15                    THE CLERK:  Count 7, murder in aid

16    of racketeering of Tybius Flowers, in violation

17    of 18 United States Code Section 1959(a)(1).

18            You, the jury, as to Count 7,

19    unanimously find the defendant, Kaboni Savage,

20    guilty or not guilty?

21                    MADAM FORELADY:  Guilty.

22                    THE CLERK:  You, the jury, as to

23    Count 7, unanimously find the defendant, Steven

24    Northington, guilty or not guilty?

25                    MADAM FORELADY:  Guilty.
```

```
1                      THE CLERK:  Count 9, conspiracy to
2    commit murder in aid of racketeering of the
3    Coleman family, in violation of 18 United States
4    Code Section 1959(a)(5).
5                      You, the jury, as to Count 9,
6    unanimously find the defendant, Kaboni Savage,
7    guilty or not guilty?
8                      MADAM FORELADY:  Guilty.
9                      THE CLERK:  You, the jury, as to
10   Count 9, unanimously find the defendant,
11   Robert Merritt, guilty or not guilty?
12                     MADAM FORELADY:  Not guilty.
13                     THE CLERK:  Count 10, murder in aid
14   of racketeering of Marcella Coleman, in
15   violation of 18 United States Code Section
16   1959(a)(1).
17                     You, the jury, as to Count 10,
18   unanimously find the defendant, Kaboni Savage,
19   guilty or not guilty?
20                     MADAM FORELADY:  Guilty.
21                     THE CLERK:  You, the jury, as to
22   Count 10, unanimously find the defendant,
23   Robert Merritt, guilty or not guilty?
24                     MADAM FORELADY:  Not guilty.
25                     THE CLERK:  You, the jury, as to
```

1   Count 10, unanimously find the defendant,

2   Kidada Savage, guilty or not guilty?

3            MADAM FORELADY:  Guilty.

4            THE CLERK:  Count 11, murder in aid

5   of racketeering of Tameka Nash, in violation of

6   18 United States Code section 1959(a)(1).

7            You, the jury, as to Count 11,

8   unanimously find the defendant, Kaboni Savage,

9   guilty or not guilty?

10            MADAM FORELADY:  Guilty.

11            THE CLERK:  You, the jury, as to

12   Count 11, unanimously find the defendant,

13   Robert Merritt, guilty or not guilty?

14            MADAM FORELADY:  Not guilty.

15            THE CLERK:  You, the jury, as to

16   Count 11, unanimously find the defendant,

17   Kidada Savage, guilty or not guilty?

18            MADAM FORELADY:  Guilty.

19            THE CLERK:  Count 12, murder in aid

20   of racketeering of Sean Anthony Rodriguez, in

21   violation of 18 United States Code Section

22   1959(a)(1).

23            You, the jury, as to Count 12,

24   unanimously find the defendant, Kaboni Savage,

25   guilty or not guilty?

1             MADAM FORELADY:  Guilty.

2             THE CLERK:  You, the jury, as to

3  Count 12, unanimously find the defendant,

4  Robert Merritt, guilty or not guilty?

5             MADAM FORELADY:  Not guilty.

6             THE CLERK:  You, the jury, as to

7  Count 12, unanimously find the defendant,

8  Kidada Savage, guilty or not guilty?

9             MADAM FORELADY:  Guilty.

10             THE CLERK:  Count 13, murder in aid

11  of racketeering of Tajh Porchea, in violation of

12  18 United States Code Section 1959(a)(1).

13        You, the jury, as to Count 13,

14  unanimously find the defendant, Kaboni Savage,

15  guilty or not guilty?

16             MADAM FORELADY:  Guilty.

17             THE CLERK:  You, the jury, as to

18  Count 13, unanimously find the defendant,

19  Robert Merritt, guilty or not guilty?

20             MADAM FORELADY:  Not guilty.

21             THE CLERK:  You, the jury, as to

22  Count 13, unanimously find the defendant,

23  Kidada Savage, guilty or not guilty?

24             MADAM FORELADY:  Guilty.

25             THE CLERK:  Count 14, murder in aid

```
 1    of racketeering of Khadijah Nash, in violation
 2    of 18 United States Code Section 1959(a)(1).
 3              You, the jury, as to Count 14,
 4    unanimously find the defendant, Kaboni Savage,
 5    guilty or not guilty?
 6              MADAM FORELADY:  Guilty.
 7              THE CLERK:  You, the jury, as to
 8    Count 14, unanimously find the defendant,
 9    Robert Merritt, guilty or not guilty?
10              MADAM FORELADY:  Not guilty.
11              THE CLERK:  You, the jury, as to
12    Count 14, unanimously find the defendant,
13    Kidada Savage, guilty or not guilty?
14              MADAM FORELADY:  Guilty.
15              THE CLERK:  Count 15, murder in aid
16    of racketeering of Damir Jenkins, in violation
17    of 18 United States Code Section 1959(a)(1).
18              You, the jury, as to Count 15,
19    unanimously find the defendant, Kaboni Savage,
20    guilty or not guilty?
21              MADAM FORELADY:  Guilty.
22              THE CLERK:  You, the jury, as to
23    Count 15, unanimously find the defendant,
24    Robert Merritt, guilty or not guilty?
25              MADAM FORELADY:  Not guilty.
```

```
 1                    THE CLERK:  You, the jury, as to
 2    Count 15, unanimously find the defendant,
 3    Kidada Savage, guilty or not guilty?
 4                    MADAM FORELADY:  Guilty.
 5                    THE CLERK:  Count 16, retaliating
 6    against a witness, Eugene Coleman, by murder,
 7    the Coleman family, in violation of 18 United
 8    States Code Section 1513.
 9            You, the jury, as to Count 16,
10    unanimously find the defendant, Kaboni Savage,
11    guilty or not guilty?
12                    MADAM FORELADY:  Guilty.
13                    THE CLERK:  You, the jury, as to
14    Count 16, unanimously find the defendant,
15    Robert Merritt, guilty or not guilty?
16                    MADAM FORELADY:  Not guilty.
17                    THE CLERK:  You, the jury, as to
18    Count 16, unanimously find the defendant,
19    Kidada Savage, guilty or not guilty?
20                    MADAM FORELADY:  Guilty.
21                    THE CLERK:  Count 17, using fire to
22    commit a felony, the Coleman murders, in
23    violation of 18 United States Code Section
24    844(h)(1).
25            You, the jury, as to Count 17,
```

16

1     unanimously find the defendant, Kaboni Savage,

2     guilty or not guilty?

3                    MADAM FORELADY:  Guilty.

4                    THE CLERK:  You, the jury, as to

5     Count 17, unanimously find the defendant,

6     Kidada Savage, guilty or not guilty?

7                    MADAM FORELADY:  Guilty.

8                    THE CLERK:  Please be seated.

9                    THE COURT:  With regard to

10    Robert Merritt on Count 17, there was no answer.

11    Correct?

12                   THE CLERK:  Correct.

13                   THE COURT:  Is that correct, Madam

14    Forelady?

15                   MADAM FORELADY:  Yes, that's

16    correct.

17                   THE COURT:  Counsel, are there any

18    requests?

19                   MR. HOEY:  One moment, please, Your

20    Honor.

21          Your Honor, on behalf of Mr. Savage,

22    we'd ask that the jury be polled.

23                   MR. PHILLIPS:  On behalf of

24    Kidada Savage, I'd ask that the jury be polled.

25                   THE COURT:  Will you poll the jury,

1    please?

2                    THE CLERK:  Juror Number 1, please

3    rise.

4            Do you agree with the verdict as stated

5    by the Forelady?

6                    JUROR NO. 1:  Yes, I do.

7                    THE CLERK:  Thank you.  Please be

8    seated.

9            Juror Number 2, please rise.

10           Do you agree with the verdict as stated

11   by the Forelady?

12                   JUROR NO. 2:  Yes, I do.

13                   THE CLERK:  Thank you.  Please be

14   seated.

15           Juror Number 3, please rise.

16           Do you agree with the verdict as stated

17   by the Forelady?

18                   JUROR NO. 3:  Yes, I do.

19                   THE CLERK:  Thank you.  Please be

20   seated.

21           Juror Number 4, please rise.

22           Do you agree with the verdict as stated

23   by the Forelady?

24                   JUROR NO. 4:  I do.

25                   THE CLERK:  Thank you.  Please be

1    seated.

2            Juror Number 5, do you agree with the

3    verdict as stated by the Forelady?

4                JUROR NO. 5:  I do.

5                THE CLERK:  Thank you.  Please be

6    seated.

7            Juror Number 6, please rise.

8            Do you agree with the verdict as stated

9    by the Forelady?

10                JUROR NO. 6:  Yes, I do.

11                THE CLERK:  Thank you.  Please be

12    seated.

13            Juror Number 7, please rise.

14            Do you agree with the verdict as stated

15    by the Forelady?

16                JUROR NO. 7:  Yes, I do.

17                THE CLERK:   Thank you, please be

18    seated.

19            Juror Number 8, please rise.

20            Madam Forelady, do you agree with the

21    verdict as stated?

22                MADAM FORELADY:  Yes, I do.

23                THE CLERK:  Thank you.  Please be

24    seated.

25            Juror Number 9, please rise.

1           Do you agree with the verdict as stated

2      by the Forelady?

3                  JUROR NO. 9:  Yes, I do.

4                  THE CLERK:  Thank you.  Please be

5      seated.

6             Juror Number 10, please rise.

7             Do you agree with the verdict as stated

8      by the Forelady?

9                  JUROR NO. 10:  Yes, I do.

10                 THE CLERK:  Thank you.  Please be

11     seated.

12            Juror Number 11, please rise.

13            Do you agree with the verdict as stated

14     by the Forelady?

15                 JUROR NO. 11:  Yes, I do.

16                 THE CLERK:  Thank you.  Please be

17     seated.

18            Juror Number 12, please rise.

19            Do you agree with the verdict as stated

20     by the Forelady?

21                 JUROR NO. 12:  Yes, I do.

22                 THE CLERK:  Thank you.  Please be

23     seated.

24                 THE COURT:  All right, the verdict

25     in the guilt phase of this trial would appear to

20

1  be in order, and it may be recorded.

2              THE CLERK:  Members of the jury,

3  hearken unto your verdict as the Court has now

4  recorded it.

5              In the issue joined in Bill of Fourth

6  Superseding Indictment Number 05-07-550, between

7  the United States of America and Kaboni Savage,

8  Robert Merritt, Steven Northington,

9  Kidada Savage, you have found the following:

10             Defendant Kaboni Savage guilty as to

11  Counts 1 through 7 and 9 through 17, proven as

12  to Sentencing Factors 1 through 7 and 9 through

13  15.

14             Defendant Robert Merritt, guilty as to

15  Count 1, not guilty as to Counts 9 through 16,

16  proven as to Sentencing Factors 9 through 14,

17  not proven as to Sentencing Factors 1 and 15.

18             Defendant Steven Northington, guilty as

19  to Counts 1, 5 and 7, proven as to Sentencing

20  Factors 5 and 7, not proven as to Sentencing

21  Factor 1.

22             Defendant Kidada Savage, guilty as to

23  Counts 1 and 10 through 17, proven as to

24  Sentencing Factors 9 through 14 and 15, not

25  proven as to Sentencing Factor 1.

                    Gregg B. Wolfe, RPR, CM
                        215-460-1511

```
 1              And so say you all?

 2                   THE JURY:  So say we all.

 3                   THE CLERK:  Thank you.

 4                   THE COURT:  All right, ladies and

 5   gentlemen, you have completed your task as it

 6   relates to the guilt phase of this trial.

 7              As I told you, and as you are well

 8   aware, we will now move into the penalty phase

 9   of the trial.  However, at this juncture what

10   we're going to do is recess Court until next

11   Monday.  It's necessary to do that, ladies and

12   gentlemen, so counsel will have the opportunity

13   to prepare for the penalty phase.

14              Counsel will have to consult with and

15   make arrangements for having witnesses present

16   in the penalty phase, and we're going to give

17   them until next Monday to prepare, to get ready,

18   and we will begin the penalty phase next Monday.

19              Now, I want to caution you, as I have

20   cautioned you every time you left this jury box.

21   It's very important that you pay attention to

22   what I'm saying.  You have just completed your

23   job as jurors in the guilt phase of this trial,

24   but there is the penalty phase that we have to

25   proceed into.
```

1         We do not want you discussing this case

2    with anyone and we don't want anyone discussing

3    this case with you.  Do not get outside input,

4    ladies and gentlemen.  Your job is not over.

5    You're going to be back here next week.  You're

6    going to hear arguments of counsel, you're going

7    to hear testimony of witnesses and you're going

8    to have to make some decisions.  Your job is not

9    over.

10        We do not want you to get any outside

11   input from any source at all.  Don't do any

12   independent investigation of this matter, ladies

13   and gentlemen.  Don't read anything about this

14   case.  I'm sure that there will be something in

15   the media about it at this juncture.  Do not

16   read anything about this case or listen to

17   anything about this case.  Okay?

18        You put your hand on a Bible, you swore

19   to well and truly try this case based upon the

20   evidence presented here in this courtroom.  And,

21   ladies and gentlemen, that is exactly what we

22   want you to do.  Don't get outside input at all.

23   Okay?

24        At this juncture, I'm going to ask my

25   staff to take you out to your jury room.  We

1    have a few things that we need to do before

2    we're going to recess completely for the day.

3    When we have accomplished those tasks, we will

4    let you go on your way.

5            Now, I want you to be back, as I said,

6    on Monday and I want you to be back at 9:30.

7    Okay?  We will begin promptly.  Counsel will be

8    prepared by then, and we will begin promptly.

9    Okay?  So we'll see you next Monday at 9:30 in

10    the morning, and we will proceed through the

11    next phase of this trial.

12            (The jury exited the courtroom at

13    4:17 p.m.)

14            THE COURT:  Counsel, we're going to

15    excuse the alternates and tell them to be back

16    next week.  Then I'll speak with you briefly.

17          While we're waiting for the alternates,

18    have a seat.

19            (Whereupon the alternate jurors entered

20    the courtroom.)

21            THE COURT:  All right, alternate

22    members of the jury, at this point what I'm

23    going to do is excuse you and ask you to be back

24    here next Monday.  Okay?

25          The 12 original jurors who have been

1    deliberating in this matter have reached a

2    verdict.  We have just taken that verdict here

3    in open court, but your tour of duty is not over

4    as theirs is not over.

5            The next phase of this trial, the

6    penalty phase, we're going to begin next Monday.

7    We're going to give counsel the opportunity to

8    get ready for that phase of the trial.

9            I'm going to ask you to be back here on

10   Monday, at 9:30, ready to go, and I'm going to

11   give you those same instructions that I've given

12   you all the way along in this case.

13           Don't talk to anybody about this

14   matter.  Don't let anybody talk to you.  Don't

15   do any independent investigation.  Don't read

16   anything about it.  Don't listen to anything

17   about it.  Don't get on a computer and

18   communicate with anybody about it.  Take the

19   matter as it's presented here in this courtroom.

20           It may very well be, ladies and

21   gentlemen, that next week one or more of you

22   could get pressed into service in this matter,

23   so it's important that you live up to your oath

24   as jurors.  Okay?

25           So we'll see you next Monday, at 9:30.

                    Gregg B. Wolfe, RPR, CM
                        215-460-1511

1    When my staff takes you back to the jury room

2    that you've been using during the course of this

3    trial, they will advise you as to the verdict

4    that was rendered by the jury in this case so

5    that you're aware of that.  Okay?

6              (The alternate jurors were excused from

7    the courtroom.)

8              THE COURT:  Counsel, here's what

9    we're going to do at this point.  First of all,

10   I'm going to let the Marshals clear the

11   courtroom, and we'll give you some time to talk

12   with your clients about the situation at this

13   juncture.

14             After you've had an opportunity to do

15   that, I want to meet with counsel in chambers to

16   talk about where we're going next week.  Okay?

17             You have as much time as you need or

18   want to talk with your clients at this juncture,

19   and then I will meet with all counsel,

20   government counsel included, in chambers and we

21   will talk about the penalty phase of this trial.

22   Okay?

23             Recess.

24             (The Court adjourned the proceedings at

25   4:23 p.m.)

                    Gregg B. Wolfe, RPR, CM
                        215-460-1511

1               C E R T I F I C A T I O N

2

3

4          I certify that the foregoing is a correct

5     transcript from the record of the proceedings in the

6     above-entitled matter.

7

8

9     _____              _____

      Date                    Gregg B. Wolfe, R.P.R., C.M.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**0**

00550 [1]  1/6
05-07-550 [1]  20/6
07-00550 [1]  1/6
08056 [1]  2/9

**1**

10 [6]  11/13 11/17 11/22 12/1 19/6 20/23
11 [5]  12/4 12/7 12/12 12/16 19/12
12 [6]  12/19 12/23 13/3 13/7 19/18 23/25
1234 [1]  2/23
1250 [1]  1/14
13 [5]  1/8 13/10 13/13 13/18 13/22
14 [10]  7/14 7/17 7/23 8/3 13/25 14/3 14/8 14/12 20/16 20/24
1400 [1]  2/13
1406 [1]  2/2
15 [11]  8/7 8/10 8/15 8/20 14/15 14/18 14/23 15/2 20/13 20/17 20/24
1513 [1]  1/8
1518 [1]  2/2
1525 [1]  2/13
153 [1]  2/8
16 [5]  15/5 15/9 15/14 15/18 20/15
17 [6]  15/21 15/25 16/5 16/10 20/11 20/23
18 [15]  8/25 9/8 9/15 9/24 10/10 10/17 11/3 11/15 12/6 12/21 13/12 14/2 14/17 15/7 15/23
18 United States [1]  4/3
19102 [2]  2/2 2/14
19106 [2]  1/14 2/24
19107 [1]  2/12
19301 [1]  1/21
19401 [1]  2/7
1959 [13]  9/1 9/8 9/15 9/24 10/10 10/17 11/4 11/16 12/6 12/22 13/12 14/2 14/17
1962 [1]  4/3

**2**

2013 [1]  1/8
20910 [1]  2/4
2105 [1]  1/18
21202-2105 [1]  1/18
239 [1]  2/11

**3**

3:45 [1]  3/8
3:45 p.m [1]  3/2

**4**

400 [1]  2/4
4:17 p.m [1]  23/13
4:23 p.m [1]  25/25

**5**

50 [1]  1/21
55 [1]  1/9
550 [1]  20/6

**6**

601 [1]  2/23
615 [1]  1/14
621 [1]  2/6

**8**

801 [1]  2/4
844 [1]  15/24

**9**

9:30 [4]  23/6 23/9 24/10 24/25

**A**

Abdullah [2]  5/24 9/7

about [11]  22/12 22/15 22/16 22/17 24/13 24/16 24/18 24/22 25/1 25/6 25/11 25/16
above [1]  31/6
above-entitled [1]  31/6
accomplished [1]  23/3
ACTION [1]  1/3
adjourned [1]  25/24
advise [1]  25/3
After [1]  25/14
against [1]  15/6
agree [12]  17/4 17/10 17/16 17/22 18/2 18/8 18/14 18/20 19/1 19/7 19/13 19/19
agreed [1]  3/24
aid [13]  8/23 9/6 9/13 9/22 10/8 10/15 11/2 11/13 12/4 12/19 13/10 13/25 14/15
all [15]  3/3 3/9 3/11 3/20 9/20 19/24 21/1 21/2 21/4 22/11 22/22 23/21 24/12 25/9 25/19
along [1]  1/9
alternate [3]  23/19 23/21 25/6
alternates [2]  23/15 23/17
AMERICA [2]  1/3 20/7
an [1]  25/14
and [36]  3/6 3/10 20/1 20/7 20/11 20/12 20/17 20/19 20/20 20/23 20/24 21/1 21/4 21/7 21/11 21/14 21/16 21/18 22/2 22/4 22/7 22/13 22/19 22/20 22/21 23/6 23/8 23/10 23/15 23/23 24/10 24/17 24/20 25/11 25/19 25/20
answer [2]  3/25 16/10
Anthony [1]  12/20
any [5]  16/17 22/10 22/11 22/14 24/15
anybody [1]  24/13 24/14 24/18
anyone [2]  22/2 22/2
anything [5]  22/13 22/16 22/17 24/16 24/16
appear [1]  19/25
APPEARANCES [1]  1/10
are [5]  7/18 7/24 8/4 16/17 21/7
arguments [1]  22/6
arrangements [1]  21/15
as [92]  4/4 4/8 4/12 4/16 4/24 5/4 5/9 5/14 5/20 6/1 6/7 6/13 6/18 6/24 7/5 7/10 7/17 7/23 8/3 8/10 8/15 8/20 9/2 9/9 9/16 9/25 10/4 10/11 10/18 10/23 11/5 11/9 11/17 11/21 11/25 12/7 12/11 12/15 12/23 13/2 13/6 13/13 13/17 13/21 14/3 14/7 14/11 14/18 14/22 15/1 15/9 15/13 15/17 15/25 16/4 17/4 17/10 17/16 17/22 18/3 18/8 18/14 18/21 19/1 19/7 19/13 19/19 20/3 20/10 20/11 20/14 20/15 20/16 20/17 20/18 20/19 20/20 20/22 20/23 20/25 21/5 21/7 21/7 21/19 21/23 23/5 24/4 24/19 24/24 25/3 25/17 25/17
ask [5]  16/22 16/24 22/24 23/23 24/9
at [17]  3/1 3/8 21/9 22/11 22/15 22/22 22/24 23/6 23/9 23/12 23/22 24/10 24/25 25/9 25/12 25/18 25/24
attention [1]  21/21
ATTORNEY'S [1]  1/12
Avenue [1]  2/4
aware [2]  21/8 25/5

**B**

back [7]  22/5 23/5 23/6 23/15 23/23 24/9 25/1
Baltimore [1]  1/18
BARCLAY [1]  1/8
Barry [2]  6/11 9/23
Barry Parker [2]  6/11 9/23
BARTON [1]  2/1
based [1]  22/19
be [26]  16/8 16/22 16/24 17/7 17/13 17/19 17/25 18/5 18/11 18/17 18/23 19/4 19/10

19/16 19/22 20/1 20/5 22/5 22/15 24/5 23/6 23/7 23/8 23/9 24/9 31/20
been [2]  23/25 25/2
before [1]  1/8 23/1
began [1]  3/1
begin [4]  21/18 23/7 23/8 24/6
behalf [2]  16/21 16/23
between [2]  20/6
Bible [1]  22/18
Bill [1]  20/5
Bonaparte [1]  1/17
BOWE [1]  2/8
box [1]  21/20
briefly [1]  23/16
bring [1]  3/5
Brown [2]  6/5 9/14
Building [1]  1/17
but [2]  21/24 24/3
by [19]  1/12 1/17 1/20 2/1 2/11 15/6 17/5 17/11 17/17 17/23 18/3 18/9 18/15 19/2 19/8 19/14 19/20 23/8 25/4

**C**

C.M [1]  31/9
Camac [1]  2/11
Carlton [2]  6/5 9/14
Carlton Brown [2]  6/5 9/14
case [9]  3/14 22/1 22/3 22/14 22/16 22/17 22/19 24/12 25/4
caution [1]  21/19
cautioned [1]  21/20
certify [1]  31/4
chambers [2]  25/15 25/20
Chestnut [1]  1/14
CHRISTIAN [1]  1/20
CHRISTOPHER [1]  2/1
clear [1]  25/10
clients [2]  25/12 25/18
CM [1]  2/22
Code [16]  4/3 8/25 9/8 9/15 9/24 10/10 10/17 11/4 11/15 12/6 12/21 13/12 14/2 14/17 15/8 15/23
Coleman [7]  7/14 8/8 11/3 11/14 15/6 15/7 15/22
commit [2]  11/2 15/22
communicate [1]  24/18
completed [2]  21/5 21/22
completely [1]  23/2
computer [1]  24/17
conspiracy [3]  4/1 4/22 11/1
consult [1]  21/14
continue [1]  9/21
correct [5]  3/15 16/11 16/12 16/13 16/16 31/4
could [1]  24/22
counsel [12]  3/3 16/17 21/12 21/14 22/6 23/7 23/14 24/7 25/8 25/15 25/19 25/20
Count [55]  4/1 4/4 4/9 4/13 4/17 8/23 9/2 9/6 9/9 9/13 9/16 9/22 9/25 10/5 10/8 10/11 10/15 10/18 10/23 11/1 11/5 11/10 11/13 11/17 11/22 12/1 12/4 12/7 12/12 12/16 12/19 12/23 13/3 13/7 13/10 13/13 13/18 13/22 13/25 14/3 14/8 14/12 14/15 14/18 14/23 15/2 15/5 15/9 15/14 15/18 15/21 15/25 16/5 16/10 20/15
Count 1 [6]  4/1 4/4 4/9 4/13 4/17 20/15
Count 10 [4]  11/13 11/17 11/22 12/1
Count 17 [4]  15/21 15/25 16/5 16/10
Count 2 [2]  8/23 9/2
Count 3 [2]  9/6 9/9
Count 5 [2]  9/25 10/5
Count 9 [3]  11/1 11/5 11/10
Counts [4]  20/11 20/15 20/19 20/23

**C**

Counts 1 [3] 20/11 20/19 20/23
course [1] 25/2
court [8] 1/1 2/23 3/1 3/19 20/3 21/10 24/3
25/24
courtroom [7] 3/7 22/20 23/12 23/20 24/19
25/7 25/11
CRIMINAL [1] 1/3

**D**

Damir [1] 14/16
Damir Jenkins [1] 14/16
Darby [1] 1/21
Date [1] 31/9
DAVID [1] 1/12
day [2] 1/9 23/2
decisions [1] 22/8
defendant [59] 4/5 4/9 4/13 4/17 4/24 5/4
5/9 5/14 5/20 6/1 6/7 6/13 6/18 6/24 7/5
7/10 7/18 7/23 8/3 8/10 8/15 8/20 9/3 9/10
9/17 10/1 10/5 10/12 10/19 10/23 11/6
11/10 11/18 11/22 12/1 12/8 12/12 12/16
12/24 13/3 13/7 13/14 13/18 13/22 14/4
14/8 14/12 14/19 14/23 15/2 15/10 15/14
15/18 16/1 16/5 20/10 20/14 20/18 20/22
deliberating [1] 24/1
discussing [2] 22/1 22/2
distribution [1] 4/21
DISTRICT [2] 1/1 1/1
do [37] 17/4 17/6 17/10 17/12 17/16 17/18
17/22 17/24 18/2 18/4 18/8 18/10 18/14
18/16 18/20 18/22 19/1 19/3 19/7 19/9
19/13 19/15 19/19 19/21 21/10 21/11 22/1
22/3 22/10 22/11 22/15 22/22 23/1 23/23
24/15 25/9 25/14
don't [10] 22/2 22/11 22/13 22/22 24/13
24/14 24/14 24/15 24/16 24/17
drug [1] 4/21
during [1] 25/2
duty [1] 24/3

**E**

East [2] 1/18 2/8
EASTERN [1] 1/1
EGAN [1] 2/6
entered [2] 3/7 23/19
enterprise [1] 4/2
entitled [1] 31/6
ESQUIRE [11] 1/12 1/13 1/13 1/17 1/20
2/1 2/3 2/6 2/8 2/11 2/13
Eugene [1] 15/6
Eugene Coleman [1] 15/6
every [1] 21/20
evidence [1] 22/20
exactly [1] 22/21
excuse [2] 23/15 23/23
excused [1] 25/6
exited [1] 23/12

**F**

Factor [25] 4/21 4/24 5/3 5/8 5/13 5/17 5/20
5/24 6/1 6/5 6/7 6/11 6/13 6/17 6/22 6/24
7/3 7/5 7/9 8/7 8/10 8/14 8/19 20/11 20/25
Factors [9] 7/14 7/17 7/22 8/2 20/12 20/16
20/17 20/20 20/24
family [4] 7/15 8/8 11/3 15/7
felony [1] 15/22
few [1] 23/1
find [55] 4/5 4/9 4/13 4/17 4/23 5/3 5/8 5/13
5/19 5/25 6/6 6/12 6/17 6/23 7/4 7/9 7/16
7/22 8/2 8/9 8/14 8/19 9/3 9/10 9/17 10/1
10/5 10/12 10/19 10/23 11/6 11/10 11/18
11/22 12/1 12/8 12/12 12/16 12/24 13/3

13/7 13/14 13/18 13/22 14/4 14/8 14/12
14/19 14/23 15/2 15/14 15/10 15/18 16/1
16/5
fire [1] 15/21
first [2] 3/18 25/9
Flowers [2] 7/3 10/16
following [1] 20/9
for [11] 1/1 1/12 1/16 2/1 2/6 2/10 21/13
21/15 23/2 23/17 24/8
foregoing [1] 31/4
Forelady [14] 3/13 16/14 17/5 17/11 17/17
17/23 18/3 18/9 18/15 18/20 19/2 19/8
19/14 19/20
foreperson [2] 3/11 3/24
found [1] 3/4
Fourth [1] 20/5
Franzese [2] 3/21 9/21
from [4] 3/4 22/11 25/6 31/5

**G**

GALLAGHER [1] 1/13
gentlemen [7] 3/10 21/5 21/12 22/4 22/13
22/21 24/21
GEORGE [2] 2/10 2/11
get [7] 21/17 22/3 22/10 22/22 24/8 24/17
24/22
give [4] 21/16 24/7 24/11 25/11
given [1] 24/11
go [2] 23/4 24/10
going [18] 3/5 21/10 21/16 22/5 22/6 22/6
22/7 22/24 23/2 23/14 23/23 24/6 24/7 24/9
24/10 25/9 25/10 25/16
government [1] 1/12 25/20
GREGG [2] 2/22 31/9
guilt [3] 19/25 21/6 21/23
guilty [116] 4/6 4/6 4/7 4/10 4/10 4/11 4/14
4/14 4/15 4/18 4/18 4/19 9/4 9/4 9/5 9/11
9/11 9/12 9/18 9/18 9/19 10/2 10/2 10/3
10/6 10/6 10/7 10/13 10/13 10/14 10/20
10/20 10/21 10/24 10/24 10/25 11/7 11/7
11/8 11/11 11/11 11/12 11/19 11/19 11/20
11/23 11/23 11/24 12/2 12/2 12/3 12/9 12/9
12/10 12/13 12/13 12/14 12/17 12/17 12/18
12/25 12/25 13/1 13/4 13/4 13/5 13/8 13/8
13/9 13/15 13/15 13/16 13/19 13/19 13/20
13/23 13/23 13/24 14/5 14/5 14/6 14/9 14/9
14/10 14/13 14/13 14/14 14/20 14/20 14/21
14/24 14/24 14/25 15/3 15/3 15/4 15/11
15/11 15/12 15/15 15/15 15/16 15/19 15/19
15/20 16/2 16/2 16/3 16/6 16/6 16/6 16/7 20/10
20/14 20/15 20/18 20/22

**H**

had [1] 25/14
hand [1] 22/18
handed [1] 3/19
has [1] 20/3
have [18] 3/9 3/14 3/16 20/9 21/5 21/12
21/14 21/19 21/22 21/24 22/8 23/1 23/3
23/18 23/25 24/1 24/2 25/17
having [2] 3/24 21/15
hear [2] 22/6 22/7
hearken [1] 20/3
here [6] 22/5 22/20 23/24 24/2 24/9 24/19
here's [1] 25/8
HOEY [2] 1/20 1/20
Honor [2] 16/20 16/21
HONORABLE [1] 1/8
However [1] 21/9

**I**

I'd [1] 16/24
I'll [1] 23/16
I'm [7] 21/22 22/14 22/24 23/22 24/9 24/10

25/10
in [52] 1/1 3/6 3/14 4/1 4/2 8/8 8/23 8/24
9/6 9/7 9/13 9/14 9/22 9/23 10/8 10/9 10/15
10/16 11/2 11/3 11/13 11/14 12/4 12/5
12/19 12/20 13/10 13/11 13/25 14/1 14/15
14/16 15/7 15/22 19/25 20/1 20/5 20/5
21/16 21/23 22/14 22/20 23/9 24/1 24/3
24/12 24/19 24/22 25/4 25/15 25/20 31/5
included [1] 25/20
independent [2] 22/12 24/15
indicating [1] 3/4
Indictment [1] 20/6
input [3] 22/3 22/11 22/22
instructions [1] 24/11
into [3] 21/8 21/25 24/22
investigation [2] 22/12 24/15
is [26] 3/14 4/25 5/4 5/9 5/14 5/21 6/2 6/8
6/14 6/18 6/25 7/6 7/10 8/11 8/15 8/20
16/13 11/10 21/24 22/4 22/8 22/21 23/23
24/3 24/4 31/4
issue [1] 20/5
it [8] 20/1 20/4 21/5 22/15 24/16 24/17
24/18 24/20
it's [4] 21/11 21/21 24/19 24/23

**J**

Jenkins [1] 14/16
Jersey [1] 2/9
job [3] 21/23 22/4 22/8
JOHN [1] 1/13
joined [1] 20/5
JR [1] 2/13
juncture [5] 21/9 22/15 22/24 25/13 25/18
Juror [12] 17/2 17/9 17/15 17/21 18/2 18/7
18/13 18/19 18/25 19/6 19/12 19/18
jurors [5] 21/23 23/19 23/25 24/24 25/6
jury [69] 3/4 3/7 3/12 3/23 4/4 4/8 4/12 4/16
4/23 5/2 5/7 5/12 5/19 5/25 6/6 6/12 6/16
6/23 7/4 7/8 7/16 7/21 8/1 8/9 8/13 8/18 9/2
9/9 9/16 9/25 10/4 10/11 10/18 10/22 11/5
11/9 11/17 11/21 11/25 12/7 12/12 12/15
12/23 13/2 13/6 13/13 13/17 13/21 14/3
14/7 14/11 14/18 14/22 15/1 15/9 15/13
15/17 15/25 16/4 16/22 16/24 16/25 20/2
21/20 22/25 23/12 23/22 25/1 25/4
just [2] 21/22 24/2

**K**

KABONI [29] 1/5 1/16 4/5 4/25 5/21 6/2
6/8 6/14 6/25 7/6 7/18 8/11 9/3 9/10 9/17
10/1 10/12 10/19 11/6 11/18 12/8 12/24
13/14 14/4 14/19 15/10 16/1 20/7 20/10
Kaboni Savage [27] 4/5 4/25 5/21 6/2 6/8
6/14 6/25 7/6 7/18 8/11 9/3 9/10 9/17 10/1
10/12 10/19 11/6 11/18 12/8 12/24 13/14
14/4 14/19 15/10 16/1 20/7 20/10
Kenneth [2] 5/18 8/24
Khadijah [1] 14/1
KIDADA [17] 1/5 2/1 4/18 5/14 8/4 8/20
12/2 12/17 13/8 13/23 14/13 15/3 15/19
16/6 16/24 20/9 20/22
Kidada Savage [15] 4/18 5/14 8/4 8/20 12/2
12/17 13/8 13/23 14/13 15/3 15/19 16/6
16/24 20/9 20/22

**L**

ladies [7] 3/10 21/4 21/11 22/4 22/12 22/21
24/20
Lassiter [2] 5/18 8/24
LAW [1] 1/16
left [1] 21/20

Case 2:07-cr-00550-RBS   Document 71   Filed 06/03/10   Page 29 of 31

## L

let [3] 23/4 24/14 25/10
listen [2] 22/16 24/16
live [1] 24/23
LLC [1] 1/20
Locust [1] 2/13

## M

Madam [3] 3/13 16/13 18/20
make [2] 21/15 22/8
Mansur [2] 5/24 9/7
Marcella [1] 11/14
Marcella Coleman [1] 11/14
Market [1] 2/23
Marshals [1] 25/10
Maryland [2] 1/18 2/4
matter [6] 22/12 24/1 24/14 24/19 24/22 31/6
may [5] 1/8 3/17 9/21 20/1 24/20
McKINNEY [1] 2/10
media [1] 22/15
meet [2] 25/15 25/19
MELLIN [1] 1/13
members [3] 3/23 20/2 23/22
MERRITT [17] 1/6 2/10 4/10 5/4 7/24 8/15 11/11 11/23 12/13 13/4 13/19 14/9 14/24 15/15 16/10 20/8 20/14
Mickleton [1] 2/9
moment [1] 16/19
Monday [9] 21/11 21/17 21/18 23/6 23/9 23/24 24/6 24/10 24/25
more [1] 24/21
morning [1] 23/10
move [1] 21/8
Mr. [1] 16/21
Mr. Savage [1] 16/21
Ms. [2] 3/21 9/21
Ms. Franzese [2] 3/21 9/21
much [1] 25/17
Mulberry [1] 1/18
murder [20] 5/18 5/24 6/5 6/11 6/22 7/3 8/23 9/6 9/13 9/22 10/8 10/15 11/2 11/13 12/4 12/19 13/10 13/25 14/15 15/6
murders [3] 7/15 8/8 15/22
my [2] 22/24 25/1

## N

Nash [2] 12/5 14/1
necessary [1] 21/11
need [2] 23/1 25/17
New [1] 2/9
next [13] 21/10 21/17 21/18 22/5 23/9 23/11 23/16 23/24 24/5 24/6 24/21 24/25 25/16
no [2] 1/6 16/10
Norristown [1] 2/7
NORTHINGTON [10] 1/6 2/6 4/14 5/9 6/18 7/10 10/6 10/24 20/8 20/18
not [79] 4/6 4/10 4/14 4/18 4/25 5/5 5/6 5/10 5/11 5/14 5/16 5/21 6/2 6/8 6/14 6/19 6/25 7/6 7/11 7/18 7/24 8/4 8/11 8/16 8/17 8/21 9/4 9/11 9/18 10/2 10/6 10/13 10/20 10/24 11/7 11/11 11/12 11/19 11/23 11/24 12/2 12/9 12/13 12/14 12/17 12/25 13/4 13/5 13/8 13/15 13/19 13/20 13/23 14/5 14/9 14/10 14/13 14/20 14/24 14/25 15/3 15/11 15/15 15/16 15/19 16/2 16/6 20/15 20/17 20/20 20/24 22/1 22/3 22/4 22/8 22/10 22/15 24/3 24/4
note [1] 3/4
now [4] 20/3 21/8 21/19 23/5
Number [42] 4/21 4/24 5/3 5/8 5/13 5/18 5/20 5/24 6/1 6/5 6/7 6/11 6/13 6/17 6/22 6/24 7/3 7/5 7/9 7/14 7/14 7/17 7/17 7/23

8/3 8/7 8/10 8/15 8/20 17/2 17/9 17/15 17/17 17/19 17/21 18/7 18/13 18/15 18/19 18/25 19/6 19/10 19/12 19/12 19/18 20/6
Number 1 [5] 4/21 4/24 5/3 5/8 5/13
Number 15 [4] 8/7 8/10 8/15 8/20
Number 2 [2] 5/18 5/20
Number 3 [2] 5/24 6/1
Number 5 [2] 6/11 6/13 6/17
Number 9 [2] 7/23 8/3

## O

oath [1] 24/23
of [70] 1/1 1/3 1/16 3/11 3/23 4/2 8/24 8/24 8/25 9/7 9/7 9/8 9/14 9/14 9/15 9/23 9/23 9/23 10/9 10/9 10/10 10/16 10/16 10/17 11/2 11/2 11/3 11/14 11/14 11/15 12/5 12/5 12/5 12/20 12/20 12/21 13/11 13/11 13/11 14/1 14/1 14/2 14/16 14/16 14/17 15/7 15/23 16/21 16/23 19/25 20/2 20/5 20/7 21/6 21/9 21/23 22/6 22/7 22/12 23/11 23/22 24/3 24/5 24/8 24/21 25/2 25/5 25/9 25/21 31/5
OFFICE [2] 1/12 1/16
Official [1] 1/13
Okay [10] 3/6 22/17 22/23 23/7 23/9 23/24 24/24 25/5 25/16 25/22
on [9] 3/24 16/10 16/21 16/23 22/18 23/4 23/6 24/9 24/17
one [2] 16/19 24/21
open [1] 24/3
opportunity [3] 21/12 24/7 25/14
or [58] 4/6 4/10 4/14 4/18 4/25 5/5 5/9 5/14 5/21 6/2 6/8 6/14 6/18 6/25 7/6 7/10 7/18 7/24 8/4 8/11 8/16 8/21 9/4 9/11 9/18 10/2 10/6 10/13 10/20 10/24 11/7 11/11 11/19 11/23 12/2 12/9 12/13 12/17 12/25 13/4 13/8 13/15 13/19 13/23 14/5 14/9 14/13 14/20 14/24 15/3 15/11 15/15 15/19 16/2 16/6 22/16 24/21 25/17
order [1] 20/1
original [1] 23/25
out [1] 22/25
outside [3] 22/3 22/10 22/22
over [4] 22/4 22/9 24/3 24/4

## P

p.m [4] 3/2 3/8 23/13 25/25
Paoli [1] 1/21
Parker [2] 6/11 9/23
participate [1] 4/1
PAUL [1] 2/11
pay [1] 21/21
penalty [7] 21/8 21/13 21/16 21/18 21/24 24/6 25/21
PENNSYLVANIA [9] 1/1 1/7 1/14 1/21 2/2 2/7 2/12 2/14 2/24
phase [13] 19/25 21/6 21/8 21/13 21/16 21/18 21/23 21/24 23/11 24/5 24/6 24/8 25/21
PHILADELPHIA [6] 1/7 1/14 2/2 2/12 2/14 2/24
PHILLIPS [2] 2/1 2/1
please [30] 3/12 3/18 3/21 3/25 16/8 16/19 17/1 17/2 17/7 17/9 17/13 17/15 17/19 17/21 17/25 18/5 18/7 18/11 18/13 18/17 18/19 18/23 18/25 19/4 19/6 19/10 19/12 19/16 19/18 19/22
point [2] 23/22 25/9
poll [1] 16/25
polled [2] 16/22 16/24
Porchea [1] 13/11
prepare [2] 21/13 21/17
prepared [1] 23/8

present [2] 21/15
pressed [3] 22/20 23/19
pressed [1] 24/22
proceed [2] 21/25 23/10
proceedings [3] 3/1 25/24 31/5
promptly [2] 23/7 23/8
proven [61] 4/25 4/25 5/1 5/4 5/5 5/6 5/9 5/10 5/11 5/14 5/15 5/16 5/21 5/21 5/22 6/2 6/2 6/3 6/8 6/8 6/9 6/14 6/14 6/15 6/18 6/19 6/20 6/25 6/25 7/1 7/6 7/6 7/7 7/10 7/11 7/12 7/18 7/19 7/20 7/24 7/24 7/25 8/4 8/4 8/5 8/11 8/11 8/12 8/16 8/16 8/17 8/21 8/21 8/22 20/11 20/16 20/17 20/19 20/20 20/23 20/25
PURPURA [2] 1/16 1/17
put [1] 22/18

## R

R.P.R [1] 31/9
racketeering [14] 4/2 8/24 9/7 9/14 9/23 10/9 10/16 11/2 11/14 12/5 12/20 13/11 14/1 14/16
reached [3] 3/5 3/14 24/1
read [3] 22/13 22/16 24/15
ready [3] 21/17 24/8 24/10
received [1] 3/4
recess [3] 21/10 23/2 25/23
record [1] 31/5
recorded [2] 20/1 20/4
regard [1] 16/9
relates [1] 21/6
rendered [1] 25/4
Reporters [1] 2/23
requests [1] 16/18
resulting [1] 8/7
retaliating [1] 15/5
retaliation [1] 8/7
RICO [1] 4/2
right [8] 3/3 3/9 3/11 3/20 9/20 19/24 21/4 23/21
rise [12] 3/12 17/3 17/9 17/15 17/21 18/7 18/13 18/19 18/25 19/6 19/12 19/18
Road [2] 1/21 2/8
ROBERT [17] 1/6 2/10 4/10 5/4 7/24 8/15 11/11 11/23 12/13 13/4 13/19 14/9 14/24 15/15 16/10 20/8 20/14
Robert Merritt [15] 4/10 5/4 7/24 8/15 11/11 11/23 12/13 13/4 13/19 14/9 14/24 15/15 16/10 20/8 20/14
Rodriguez [1] 12/20
room [3] 2/23 22/25 25/1
RPR [1] 2/22
RUBINO [1] 1/20

## S

said [1] 23/5
same [1] 24/11
SAVAGE [47] 1/5 1/5 1/16 2/1 4/5 4/18 4/25 5/14 5/21 6/2 6/8 6/14 6/25 7/6 7/18 8/4 8/11 8/20 9/3 9/10 9/17 10/1 10/12 10/19 11/6 11/18 12/2 12/8 12/17 12/24 13/8 13/14 13/23 14/4 14/13 14/19 15/3 15/10 15/19 16/1 16/6 16/21 16/24 20/7 20/9 20/10 20/22
say [2] 21/1 21/2
saying [1] 21/22
Sean [1] 12/20
seat [2] 3/9 23/18
seated [13] 16/8 17/8 17/14 17/20 18/1 18/6 18/12 18/18 18/24 19/5 19/11 19/17 19/23
section [16] 4/3 8/25 9/8 9/15 9/24 10/10 10/17 11/4 11/15 12/6 12/21 13/12 14/2 14/17 15/8 15/23

**S**

see [3]  3/17 23/9 24/25
Sentencing [33]  4/20 4/24 5/3 5/8 5/13 5/20
  5/23 6/1 6/4 6/7 6/10 6/13 6/17 6/21 6/24
  7/2 7/5 7/9 7/13 7/17 7/22 8/2 8/6 8/10 8/14
  8/19 20/12 20/16 20/17 20/19 20/20 20/24
  20/25
service [1]  24/22
Silver [1]  2/4
situation [1]  25/12
slip [2]  3/18 3/19
so [7]  21/1 21/2 21/12 23/9 24/23 24/25
  25/4
some [2]  22/8 25/11
something [1]  22/14
source [1]  22/11
SPADE [1]  2/13
speak [1]  23/16
Special [9]  4/20 5/17 5/23 6/4 6/10 6/21 7/2
  7/13 8/6
Spring [1]  2/4
staff [2]  22/25 25/1
stated [12]  17/4 17/10 17/16 17/22 18/3
  18/8 18/14 18/21 19/1 19/7 19/13 19/19
STATES [19]  1/1 1/3 4/3 8/25 9/8 9/15 9/24
  10/10 10/17 11/3 11/15 12/6 12/21 13/12
  14/2 14/17 15/8 15/23 20/7
Station [1]  2/8
STEVEN [11]  1/6 1/13 2/6 4/13 5/9 6/18
  7/10 10/5 10/23 20/8 20/18
Street [7]  1/14 1/18 2/2 2/6 2/11 2/13 2/23
Suite [4]  1/14 2/2 2/4 2/13
Superseding [1]  20/6
sure [1]  22/14
SURRICK [1]  1/8
Swede [1]  2/6
swore [1]  22/18

**T**

Tajh [1]  13/11
Tajh Porchea [1]  13/11
take [4]  3/6 3/21 22/25 24/18
taken [1]  24/2
takes [1]  25/1
talk [6]  24/13 24/14 25/11 25/16 25/18
  25/21
Tameka [1]  12/5
task [1]  21/5
tasks [1]  23/3
tell [1]  23/15
TERESA [1]  2/3
testimony [1]  22/7
Thank [13]  17/7 17/13 17/19 17/25 18/5
  18/11 18/17 18/23 19/4 19/10 19/16 19/22
  21/3
that [42]  3/4 3/6 3/13 3/14 4/23 5/3 5/8 5/13
  5/19 5/25 6/6 6/12 6/17 6/23 7/4 7/9 7/16
  7/22 8/2 8/9 8/14 8/19 16/13 16/22 16/24
  21/11 21/21 21/24 22/14 22/21 23/1 24/2
  24/8 24/11 24/21 24/23 25/2 25/4 25/5 25/5
  25/15 31/4
that's [1]  16/15
the [199]  1/1 1/1 1/12 1/17 3/1 3/1 3/4 3/7
  3/7 3/11 3/11 3/17 3/19 3/21 3/23 3/24 4/4
  4/5 4/8 4/9 4/12 4/13 4/16 4/17 4/21 4/23
  4/24 5/2 5/4 5/7 5/12 5/18 5/19 5/24 5/25
  6/5 6/6 6/11 6/12 6/16 6/22 6/23 7/3 7/4 7/8
  7/14 7/16 7/21 8/1 8/8 8/9 8/13 8/18 9/2 9/3
  9/9 9/10 9/16 9/17 9/25 10/1 10/4 10/5
  10/11 10/12 10/18 10/19 10/22 10/23 11/2
  11/5 11/6 11/9 11/10 11/17 11/18 11/21
  11/22 11/25 12/1 12/7 12/8 12/11 12/12
12/15 12/16 12/23 12/24 13/2 13/3 13/6
13/10 13/14 13/21 13/24 13/24 14/1 14/1
14/3 14/4 14/7 14/8 14/11 14/12 14/18
14/19 14/22 14/23 15/1 15/2 15/7 15/9
15/10 15/13 15/14 15/17 15/18 15/22 15/25
16/1 16/4 16/5 16/22 16/24 16/25 17/4 17/5
17/10 17/11 17/16 17/17 17/22 17/23 18/2
18/3 18/8 18/9 18/14 18/15 18/20 19/1 19/2
19/7 19/8 19/13 19/14 19/19 19/20 19/24
19/25 20/2 20/3 20/5 20/7 20/9 21/6 21/8
21/9 21/12 21/13 21/16 21/18 21/23 21/24
22/15 22/19 23/2 23/10 23/10 23/12 23/12
23/15 23/17 23/19 23/20 23/22 23/25 24/5
24/5 24/7 24/8 24/12 24/18 25/1 25/2 25/3
25/4 25/6 25/7 25/10 25/10 25/12 25/21
25/24 25/24 31/4 31/5 31/5 31/5
theirs [1]  24/4
them [3]  3/6 21/17 23/15
then [3]  23/8 23/16 25/19
there [4]  16/10 16/17 21/24 22/14
they [1]  25/3
they've [1]  3/5
things [1]  23/1
this [30]  3/14 19/25 21/6 21/9 21/20 21/23
  22/1 22/3 22/12 22/13 22/15 22/16 22/17
  22/19 22/20 22/24 23/11 23/22 24/1 24/5
  24/12 24/13 24/19 24/22 25/2 25/4 25/9
  25/12 25/18 25/21
THOMAS [1]  2/6
those [2]  23/3 24/11
through [13]  7/14 7/17 7/23 8/3 20/11
  20/11 20/12 20/12 20/15 20/16 20/23 20/24
  23/10
time [3]  21/20 25/11 25/17
to [125]  3/5 3/19 4/1 4/4 4/8 4/12 4/16 4/24
  5/4 5/9 5/14 5/20 6/1 6/7 6/13 6/18 6/24 7/5
  7/10 7/18 7/23 8/3 8/10 8/15 8/20 9/2 9/9
  9/16 9/25 10/4 10/11 10/18 10/22 11/1 11/5
  11/9 11/17 11/21 11/25 12/7 12/11 12/15
  12/23 13/2 13/6 13/13 13/17 13/21 14/3
  14/7 14/11 14/18 14/22 15/1 15/9 15/13
  15/17 15/21 15/25 16/4 16/9 16/25 20/10
  20/12 20/14 20/15 20/16 20/17 20/19 20/19
  20/20 20/22 20/23 20/25 21/6 21/10 21/11
  21/13 21/14 21/16 21/17 21/17 21/19 21/21
  21/24 22/5 22/6 22/7 22/8 22/8 22/10 22/16
  22/19 22/22 22/24 22/25 22/25 23/1 23/2
  23/5 23/6 23/14 23/15 23/23 23/23 24/6
  24/7 24/7 24/9 24/9 24/10 24/10 24/13
  24/14 24/16 24/23 25/1 25/3 25/9 25/10
  25/11 25/14 25/15 25/15 25/18
told [1]  21/7
Toliver [2]  6/22 10/9
tour [1]  24/3
transcript [1]  31/5
trial [9]  19/25 21/6 21/9 21/23 23/11 24/5
  24/8 25/3 25/21
TROYER [1]  1/12
truly [1]  22/19
try [1]  22/19
Tybius [2]  7/3 10/16
Tyrone [2]  6/22 10/9
Tyrone Toliver [2]  6/22 10/9

**U**

U.S [1]  1/12
unanimously [55]  4/5 4/9 4/13 4/17 4/23
  5/3 5/8 5/13 5/19 5/25 6/6 6/12 6/17 6/23
  7/4 7/9 7/16 7/22 8/2 8/9 8/14 8/19 9/3 9/10
  9/17 10/1 10/5 10/12 10/19 10/23 11/6
  11/10 11/14 11/22 12/1 12/8 12/12 13/2
  12/24 13/3 13/7 13/14 13/18 13/22 14/4
  14/8 14/12 14/19 14/23 15/2 15/10 15/14
15/18 16/1 16/5
UNITED [19]  1/1 1/3 4/3 8/25 9/8 9/15
  9/24 10/10 10/17 11/3 11/15 12/6 12/21
  13/12 14/2 14/17 15/7 15/23 20/7
United States [1]  20/7
until [2]  21/10 21/17
unto [1]  20/3
up [1]  24/23
upon [1]  22/19
using [2]  15/21 25/2

**V**

verdict [25]  1/9 3/5 3/6 3/14 3/17 3/19 3/21
  3/24 17/4 17/10 17/16 17/22 18/3 18/8
  18/14 18/21 19/1 19/7 19/13 19/19 19/24
  20/3 24/2 24/2 25/3
very [2]  21/21 24/20
violation [16]  4/2 8/25 9/7 9/14 9/23 10/9
  10/16 11/3 11/15 12/5 12/21 13/11 14/1
  14/16 15/7 15/23
vs [1]  1/4

**W**

waiting [1]  23/17
Walnut [1]  2/2
want [9]  21/19 22/1 22/2 22/10 22/22 23/5
  23/6 25/15 25/18
was [2]  16/10 25/4
way [2]  23/4 24/12
Wayne [1]  2/4
we [19]  3/3 3/16 21/2 21/8 21/18 21/24 22/1
  22/2 22/10 22/21 22/25 23/1 23/3 23/3 23/7
  23/8 23/10 24/2 25/20
we'd [1]  16/22
we'll [3]  23/9 24/25 25/11
we're [10]  3/5 21/10 21/16 23/2 23/14 23/17
  24/6 24/7 25/9 25/16
week [4]  22/5 23/16 24/21 25/16
well [3]  21/7 22/19 24/20
were [1]  25/6
WHALEN [1]  2/3
what [5]  21/9 21/22 22/21 23/22 25/8
When [2]  23/3 25/1
where [1]  25/16
Whereupon [1]  23/19
While [1]  23/17
who [1]  23/25
will [17]  3/11 3/21 3/24 16/25 21/8 21/12
  21/14 21/18 22/14 23/3 23/7 23/7 23/8
  23/10 25/3 25/19 25/21
WILLIAM [4]  1/16 1/17 2/8 2/13
with [22]  16/9 17/4 17/10 17/16 17/22 18/2
  18/8 18/14 18/20 19/1 19/7 19/13 19/19
  21/14 22/2 23/23 23/16 24/18 25/12 25/15
  25/18 25/19
witness [2]  8/7 15/6
witnesses [2]  21/15 22/7
WOLFE [2]  2/22 31/9
Wolfert [1]  2/8
would [1]  19/25

**Y**

Yes [12]  3/16 16/15 17/6 17/12 17/18 18/10
  18/16 18/22 19/3 19/9 19/15 19/21
you [120]  3/13 3/21 4/4 4/8 4/12 4/16 4/23
  5/2 5/7 5/12 5/19 5/25 6/6 6/12 6/16 6/23
  7/4 7/8 7/16 7/21 8/1 8/9 8/13 8/18 9/2 9/9
  9/16 9/21 9/25 10/4 10/11 10/18 10/22 11/5
  11/9 11/17 11/21 11/25 12/7 12/11 12/15
  12/23 13/2 13/6 13/12 13/21 13/21 14/3
  14/7 14/11 14/18 14/22 15/1 15/9 15/13
  15/17 15/25 16/4 16/25 17/4 17/7 17/10
  17/13 17/16 17/19 17/22 17/25 18/2 18/5

**Y**

you... [51]  18/8 18/11 18/14 18/17 18/20
18/23 19/1 19/4 19/7 19/10 19/13 19/16
19/19 19/22 20/9 21/1 21/3 21/5 21/7 21/7
21/19 21/20 21/20 21/21 21/22 22/1 22/3
22/10 22/18 22/18 22/22 22/25 23/4 23/5
23/6 23/9 23/16 23/23 23/23 24/9 24/11
24/12 24/14 24/21 24/23 24/25 25/1 25/3
25/11 25/17 25/17
you're [5]  22/5 22/5 22/6 22/7 25/5
you've [2]  25/2 25/14
your [14]  16/19 16/21 20/3 21/5 21/22 22/4
22/8 22/18 22/25 23/4 24/3 24/23 25/12
25/18