```
 1                IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3
      UNITED STATES OF AMERICA          :   CRIMINAL NUMBER
 4

 5             V.

 6
      KABONI SAVAGE                     :   07-00550
 7

 8
                             MONDAY, 6-3-13
 9                           COURTROOM 8A
                             PHILADELPHIA, PA 19106
10
      ----------------------------------------------------------
11          BEFORE THE HONORABLE R. BARCLAY SURRICK, J.
      ----------------------------------------------------------
12
                              SENTENCING
13
      ----------------------------------------------------------
14
      APPEARANCES:
15
      DAVID TROYER, ESQUIRE              FOR THE GOVERNMENT
16    JOHN GALLAGHER, ESQUIRE
      ASSISTANT UNITED STATES ATTORNEYS
17    615 CHESTNUT STREET, SUITE 1250
      PHILADELPHIA, PA 19106
18

19           SUZANNE R. WHITE, RPR, FCRR, CM
                  OFFICIAL COURT REPORTER
20            FIRST FLOOR U. S. COURTHOUSE
                    601 MARKET STREET
21              PHILADELPHIA, PA 19106
                     (215)627-1882
22

23
      PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
24    TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

25
```

```
 1     APPEARANCES:

 2     STEVEN D. MELLIN, ESQUIRE           FOR THE GOVERNMENT
       1331 F STREET
 3     ROOM 334
       WASHINGTON, D.C. 20530
 4

 5     RUBINO & HOEY, LLC                  FOR THE DEFENDANT
       CHRISTIAN HOEY, ESQUIRE             KABONI SAVAGE
 6     50 DARBY ROAD
       PAOLI, PA 19301
 7             AND
       PURPURA & PURPURA
 8     WILLIAM B. PURPURA, ESQUIRE
       THE BONAPARTE BUILDING
 9     8 EAST MULBERRY STREET
       BALTIMORE, MD 21202-2105
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          (THE CLERK OPENS COURT.)

2          MR. TROYER:  GOOD MORNING, YOUR HONOR.

3          MR. HOEY:  GOOD MORNING, YOUR HONOR.

4          THE COURT:  HAVE A SEAT.

5          ALL RIGHT.  COUNSEL, THE RECORD SHOULD

6  REFLECT THAT I HAVE MET WITH COUNSEL WITH REGARD TO THE

7  SENTENCING PROCEEDING THIS MORNING.  THE COUNSEL FOR THE

8  DEFENDANTS HAVE SPECIFICALLY REQUESTED THAT THE

9  PROCEEDINGS GO FORWARD TODAY, THAT THEY DO NOT WANT A

10  DELAY.

11          I DISCUSSED WITH COUNSEL THE SENTENCES TO

12  BE IMPOSED AND COUNSEL AGREE THAT THE SENTENCES ON THE

13  CAPITAL COUNTS ARE APPROPRIATE UNDER THE LAW.  AND THEY

14  ALSO AGREE THAT THE SENTENCES ON THE NONCAPITAL COUNTS

15  THAT I'M GOING TO IMPOSE ARE APPROPRIATE UNDER THE LAW

16  AND THE GUIDELINES.  UNDER THESE CIRCUMSTANCES I AM

17  GOING TO MOVE FORWARD WITH THE SENTENCING THIS MORNING.

18          ALL RIGHT.  COUNSEL, DO YOU HAVE ANYTHING

19  BEFORE I PROCEED?

20          MR. PURPURA:  NOTHING, THANK YOU, YOUR

21  HONOR.

22          MR. TROYER:  NO, YOUR HONOR.

23          THE COURT:  ALL RIGHT.

24          MR. PURPURA AND MR. HOEY, DO YOU WANT TO

25  BRING YOUR CLIENT FORWARD.

1        MR. HOEY:  YES, YOUR HONOR.

2        SLIDE THIS PODIUM BACK, JUDGE?

3        THE COURT:  YES.

4        ALL RIGHT.

5        ON, I BELIEVE IT WAS, MAY 13, 2013, THE
6   JURY DELIBERATED AND RETURNED A VERDICT FINDING KABONI
7   SAVAGE GUILTY ON THE CAPITAL CRIMES OF MURDER IN AID OF
8   RACKETEERING IN COUNTS 2, 3, 4, 5, 6, 7, 10, 11, 12, 13,
9   14, 15, AND OF RETALIATING AGAINST A WITNESS BY MURDER
10  IN COUNT 16.

11       THE JURY ALSO FOUND KABONI SAVAGE GUILTY
12  OF THE FOLLOWING NONCAPITAL CRIMES:  COUNT 1, CONSPIRACY
13  TO PARTICIPATE IN A RACKETEERING ENTERPRISE; COUNT 9,
14  CONSPIRACY TO COMMIT MURDER IN AID OF RACKETEERING; AND
15  COUNT 17, USING FIRE TO COMMIT A FELONY.

16       IN ACCORDANCE WITH THE FEDERAL DEATH
17  PENALTY ACT OF 1994, ON MAY 31, 2013, THE JURY, AFTER
18  FURTHER DELIBERATIONS, RETURNED SPECIAL FINDINGS AND
19  UNANIMOUSLY VOTED THAT THE SENTENCE TO BE IMPOSED ON
20  KABONI SAVAGE ON EACH OF THE CAPITAL COUNTS WAS THE
21  SENTENCE OF DEATH.

22       NOW, MR. SAVAGE, BEFORE I MOVE FORWARD
23  WITH THE IMPOSITION OF SENTENCE, I ASK YOU IF YOU HAVE
24  ANYTHING YOU WANT TO SAY TO THE COURT BEFORE I IMPOSE
25  SENTENCE.

```
 1                    THE DEFENDANT:  NO.
 2                    MR. PURPURA:  INDICATING NO FOR THE
 3      RECORD, YOUR HONOR.  THANK YOU.
 4                    THE COURT:  ALL RIGHT.  PURSUANT TO THE
 5      FEDERAL DEATH PENALTY ACT OF 1994, AND BASED UPON THE
 6      UNANIMOUS FINDINGS OF THE JURY, I IMPOSE THE FOLLOWING
 7      SENTENCES:
 8                    ON COUNT 2.  CHARGING THE MURDER OF
 9      KENNETH LASSITER, YOU, KABONI SAVAGE, ARE SENTENCED TO
10      DEATH.
11                    ON COUNT 3, CHARGING THE MURDER OF MANSUR
12      ABDULLAH, YOU, KABONI SAVAGE, ARE SENTENCED TO DEATH.
13                    ON COUNT 4, CHARGING THE MURDER OF
14      CARLTON BROWN, YOU, KABONI SAVAGE, ARE SENTENCED TO
15      DEATH.
16                    ON COUNT 5, CHARGING THE MURDER OF BARRY
17      PARKER, YOU, KABONI SAVAGE, ARE SENTENCED TO DEATH.
18                    ON COUNT 6, CHARGING THE MURDER OF TYRONE
19      TOLIVER, YOU, KABONI SAVAGE, ARE SENTENCED TO DEATH.
20                    ON COUNT 7, CHARGING THE MURDER OF TYBIUS
21      FLOWERS, YOU, KABONI SAVAGE, ARE SENTENCED TO DEATH.
22                    ON COUNT 10, CHARGING THE MURDER OF
23      MARCELLA COLEMAN, YOU, KABONI SAVAGE, ARE SENTENCED TO
24      DEATH.
25                    ON COUNT 11, CHARGING THE MURDER OF
```

1      TAMEKA NASH, YOU, KABONI SAVAGE, ARE SENTENCED TO DEATH.

2                 ON COUNT 12, CHARGING THE MURDER OF SEAN

3      ANTHONY RODRIGUEZ, YOU, KABONI SAVAGE, ARE SENTENCED TO

4      DEATH.

5                 ON COUNT 13, CHARGING THE MURDER OF TAJH

6      PORCHEA, YOU, KABONI SAVAGE, ARE SENTENCED TO DEATH.

7                 ON COUNT 14, CHARGING THE MURDER OF

8      KHADIJAH NASH, YOU, KABONI SAVAGE, ARE SENTENCED TO

9      DEATH.

10                ON COUNT 15, CHARGING THE MURDER OF DAMIR

11     JENKINS, YOU, KABONI SAVAGE, ARE SENTENCED TO DEATH.

12                ON COUNT 16, CHARGING RETALIATING AGAINST

13     EUGENE COLEMAN BY MURDERING HIS FAMILY, YOU, KABONI

14     SAVAGE, ARE SENTENCED TO DEATH.

15                THE SENTENCES IMPOSED ON COUNTS 2, 3, 4,

16     5, 6, 7, 10, 11, 12, 13, 14, 15, AND 16 SHALL RUN

17     CONCURRENTLY WITH EACH OTHER AND SHALL RUN CONCURRENTLY

18     WITH ANY OTHER SENTENCE PREVIOUSLY IMPOSED IN THIS OR

19     ANY OTHER JURISDICTION.

20                NOW, PURSUANT TO THE SENTENCING REFORM

21     ACT OF 1984, IT'S THE JUDGMENT OF THIS COURT THAT YOU,

22     KABONI SAVAGE, BE COMMITTED TO THE CUSTODY OF THE BUREAU

23     OF PRISONS ON COUNT 1 FOR A PERIOD OF LIFE, THAT

24     SENTENCE TO RUN CONCURRENTLY WITH OTHER SENTENCES JUST

25     IMPOSED.

1                    ON COUNTS 9 AND 17, THE SENTENCE OF THE

2     COURT IS THAT YOU ARE TO BE INCARCERATED IN THE CUSTODY

3     OF THE BUREAU OF PRISONS FOR A PERIOD OF TEN YEARS ON

4     EACH COUNT, COUNT 9 TO RUN CONCURRENTLY WITH THE OTHER

5     SENTENCES IMPOSED AND COUNT 17 TO RUN CONSECUTIVELY TO

6     THE SENTENCES IMPOSED.

7                    WITH REGARD TO THE COUNTS ON WHICH THE

8     DEATH PENALTY HAS BEEN IMPOSED, IT IS ORDERED THAT

9     KABONI SAVAGE BE COMMITTED TO THE CUSTODY OF THE

10    ATTORNEY GENERAL UNTIL EXHAUSTION OF THE PROCEDURES FOR

11    APPEAL OF THE JUDGMENT OF CONVICTION AND FOR REVIEW OF

12    THE SENTENCE.

13                   WHEN THE SENTENCE IS TO BE IMPLEMENTED,

14    THE ATTORNEY GENERAL SHALL RELEASE THE DEFENDANT TO THE

15    CUSTODY OF THE UNITED STATES MARSHAL, WHO SHALL

16    SUPERVISE IMPLEMENTATION OF THE SENTENCE IN THE MANNER

17    PRESCRIBED BY THE LAW OF THE COMMONWEALTH OF

18    PENNSYLVANIA.

19                   NO FINE IS IMPOSED.  THE SPECIAL

20    ASSESSMENTS OF $1,600 ARE WAIVED AND YOU ARE TO STAND

21    COMMITTED UNTIL THAT SENTENCE IS COMPLIED WITH.

22                   MR. SAVAGE, DO YOU UNDERSTAND THE

23    SENTENCES?

24                   THE DEFENDANT:  YES.

25                   THE COURT:  YOU DO HAVE A RIGHT TO

1    APPEAL, MR. SAVAGE.  AN APPEAL MUST BE FILED WITHIN

2    14 DAYS.  YOU HAVE TWO VERY COMPETENT LAWYERS TO

3    REPRESENT YOU AND I ADVISE THOSE LAWYERS TO PROTECT YOUR

4    INTERESTS DURING THAT APPEAL PERIOD.

5                   MR. TROYER:  YES, YOUR HONOR.

6                   MR. HOEY:  YES, YOUR HONOR.

7                   THE COURT:  COUNSEL, IS THERE ANYTHING

8    FURTHER?

9                   MR. PURPURA:  WE DID NOTE THAT THERE IS A

10   RULE 33 MOTION FOR NEW TRIAL WHICH HE DOES HAVE A RIGHT

11   TO.  WE WILL FILE A MOTION WITH THE COURT TO EXTEND THE

12   TIMING ON THAT.

13                  THE COURT:  ALL RIGHT.  YOU MAY FILE SUCH

14   A MOTION.

15                  MR. PURPURA:  THANK YOU.

16                  MR. HOEY:  THANK YOU, YOUR HONOR.

17                  THE COURT:  DOES THE GOVERNMENT HAVE

18   ANYTHING FURTHER?

19                  MR. MELLIN:  NO, YOUR HONOR.

20                  MR. TROYER:  NO, YOUR HONOR.

21                  THE COURT:  ALL RIGHT.

22                  RECESS.

23                  MR. HOEY:  THANK YOU.

24                  (COURT CONCLUDED AT 10:05 A.M.)

25

9

1                I CERTIFY THAT THE FOREGOING IS A CORRECT

2    TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

3    ABOVE-ENTITLED MATTER.

4

5

6

7    DATE                          OFFICIAL COURT REPORTER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1,600** [1] - 7:20

## 0

**07-00550** [1] - 1:6

## 1

**1** [2] - 4:12, 6:23
**10** [3] - 4:8, 5:22, 6:16
**10:05** [1] - 8:24
**11** [3] - 4:8, 5:25, 6:16
**12** [3] - 4:8, 6:2, 6:16
**1250** [1] - 1:17
**13** [4] - 4:5, 4:8, 6:5, 6:16
**1331** [1] - 2:2
**14** [4] - 4:9, 6:7, 6:16, 8:2
**15** [3] - 4:9, 6:10, 6:16
**16** [3] - 4:10, 6:12, 6:16
**17** [3] - 4:15, 7:1, 7:5
**19106** [3] - 1:9, 1:17, 1:21
**19301** [1] - 2:6
**1984** [1] - 6:21
**1994** [2] - 4:17, 5:5

## 2

**2** [3] - 4:8, 5:8, 6:15
**2013** [2] - 4:5, 4:17
**20530** [1] - 2:3
**21202-2105** [1] - 2:9
**215)627-1882** [1] - 1:21

## 3

**3** [3] - 4:8, 5:11, 6:15
**31** [1] - 4:17
**33** [1] - 8:10
**334** [1] - 2:3

## 4

**4** [3] - 4:8, 5:13, 6:15

## 5

**5** [3] - 4:8, 5:16, 6:16
**50** [1] - 2:6

## 6

**6** [3] - 4:8, 5:18, 6:16
**6-3-13** [1] - 1:8
**601** [1] - 1:20
**615** [1] - 1:17

## 7

**7** [3] - 4:8, 5:20, 6:16

## 8

**8** [1] - 2:9
**8A** [1] - 1:9

## 9

**9** [3] - 4:13, 7:1, 7:4

## A

**A.M** [1] - 8:24
**ABDULLAH** [1] - 5:12
**ABOVE** [1] - 9:3
**ABOVE-ENTITLED** [1] - 9:3
**ACCORDANCE** [1] - 4:16
**ACT** [3] - 4:17, 5:5, 6:21
**ADVISE** [1] - 8:3
**AFTER** [1] - 4:17
**AGAINST** [2] - 4:9, 6:12
**AGREE** [2] - 3:12, 3:14
**AID** [2] - 4:7, 4:14
**AIDED** [1] - 1:24
**ALL** [7] - 3:5, 3:18, 3:23, 4:4, 5:4, 8:13, 8:21
**ALSO** [2] - 3:14, 4:11
**AM** [1] - 3:16
**AMERICA** [1] - 1:3
**AN** [1] - 8:1
**AND** [17] - 2:7, 3:12, 3:13, 3:16, 3:24, 4:6, 4:9, 4:14, 4:18, 5:5, 6:16, 6:17, 7:1, 7:5, 7:11, 7:20, 8:3
**ANTHONY** [1] - 6:3
**ANY** [2] - 6:18, 6:19
**ANYTHING** [4] - 3:18, 4:24, 8:7, 8:18
**APPEAL** [4] - 7:11, 8:1, 8:4
**APPEARANCES** [2] - 1:14, 2:1
**APPROPRIATE** [2] - 3:13, 3:15
**ARE** [18] - 3:13, 3:15, 5:9, 5:12, 5:14, 5:17, 5:19, 5:21, 5:23, 6:1, 6:3, 6:6, 6:8, 6:11, 6:14, 7:2, 7:20
**ASK** [1] - 4:23
**ASSESSMENTS** [1] - 7:20
**ASSISTANT** [1] - 1:16
**AT** [1] - 8:24
**ATTORNEY** [2] - 7:10, 7:14
**ATTORNEYS** [1] - 1:16

## B

**BACK** [1] - 4:2
**BALTIMORE** [1] - 2:9
**BARCLAY** [1] - 1:11
**BARRY** [1] - 5:16
**BASED** [1] - 5:5
**BE** [7] - 3:12, 4:19, 6:22, 7:2, 7:9, 7:13, 8:1
**BEEN** [1] - 7:8
**BEFORE** [4] - 1:11, 3:19, 4:22, 4:24
**BELIEVE** [1] - 4:5
**BONAPARTE** [1] - 2:8
**BRING** [1] - 3:25
**BROWN** [1] - 5:14
**BUILDING** [1] - 2:8
**BUREAU** [2] - 6:22, 7:3
**BY** [5] - 1:23, 1:24, 4:9, 6:13, 7:17

## C

**CAPITAL** [3] - 3:13, 4:7, 4:20
**CARLTON** [1] - 5:14
**CERTIFY** [1] - 9:1
**CHARGING** [13] - 5:8, 5:11, 5:13, 5:16, 5:18, 5:20, 5:22, 5:25, 6:2, 6:5, 6:7, 6:10, 6:12
**CHESTNUT** [1] - 1:17
**CHRISTIAN** [1] - 2:5
**CIRCUMSTANCES** [1] - 3:16
**CLERK** [1] - 3:1
**CLIENT** [1] - 3:25
**CM** [1] - 1:19
**COLEMAN** [2] - 5:23, 6:13
**COMMIT** [2] - 4:14, 4:15
**COMMITTED** [3] - 6:22, 7:9, 7:21
**COMMONWEALTH** [1] - 7:17
**COMPETENT** [1] - 8:2
**COMPLIED** [1] - 7:21
**COMPUTER** [2] - 1:23, 1:24
**COMPUTER-AIDED** [1] - 1:24
**CONCLUDED** [1] - 8:24
**CONCURRENTLY** [4] - 6:17, 6:24, 7:4
**CONSECUTIVELY** [1] - 7:5
**CONSPIRACY** [2] - 4:12, 4:14
**CONVICTION** [1] - 7:11
**CORRECT** [1] - 9:1
**COUNSEL** [7] - 3:5, 3:6, 3:7, 3:11, 3:12, 3:18, 8:7
**COUNT** [21] - 4:10, 4:12, 4:13, 4:15, 5:8, 5:11, 5:13, 5:16, 5:18, 5:20, 5:22, 5:25, 6:2, 6:5, 6:7, 6:10, 6:12, 6:23, 7:4, 7:5
**COUNTS** [7] - 3:13, 3:14, 4:8, 4:20, 6:15, 7:1, 7:7
**COURT** [18] - 1:1, 1:19, 3:1, 3:4, 3:23, 4:3, 4:24, 5:4, 6:21, 7:2, 7:25, 8:7, 8:11, 8:13, 8:17, 8:21, 8:24, 9:7
**COURTHOUSE** [1] - 1:20
**COURTROOM** [1] - 1:9
**CRIMES** [2] - 4:7, 4:12
**CRIMINAL** [1] - 1:3
**CUSTODY** [4] - 6:22, 7:2, 7:9, 7:15

## D

**D.C** [1] - 2:3
**DAMIR** [1] - 6:10
**DARBY** [1] - 2:6
**DATE** [1] - 9:7
**DAVID** [1] - 1:15
**DAYS** [1] - 8:2
**DEATH** [17] - 4:16, 4:21, 5:5, 5:10, 5:12, 5:15, 5:17, 5:19, 5:21, 5:24, 6:1, 6:4, 6:6, 6:9, 6:11, 6:14, 7:8
**DEFENDANT** [4] - 2:5, 5:1, 7:14, 7:24
**DEFENDANTS** [1] - 3:8
**DELAY** [1] - 3:10
**DELIBERATED** [1] - 4:6
**DELIBERATIONS** [1] - 4:18
**DID** [1] - 8:9
**DISCUSSED** [1] - 3:11
**DISTRICT** [2] - 1:1, 1:2
**DO** [5] - 3:9, 3:18, 3:24, 7:22, 7:25
**DOES** [2] - 8:10, 8:17
**DURING** [1] - 8:4

## E

**EACH** [3] - 4:20, 6:17, 7:4
**EAST** [1] - 2:9
**EASTERN** [1] - 1:2
**ENTERPRISE** [1] - 4:13
**ENTITLED** [1] - 9:3
**ESQUIRE** [5] - 1:15, 1:16, 2:2, 2:5, 2:8
**EUGENE** [1] - 6:13
**EXHAUSTION** [1] - 7:10
**EXTEND** [1] - 8:11

## F

**FAMILY** [1] - 6:13
**FCRR** [1] - 1:19
**FEDERAL** [2] - 4:16, 5:5
**FELONY** [1] - 4:15
**FILE** [2] - 8:11, 8:13
**FILED** [1] - 8:1
**FINDING** [1] - 4:6
**FINDINGS** [2] - 4:18, 5:6
**FINE** [1] - 7:19
**FIRE** [1] - 4:15
**FIRST** [1] - 1:20
**FLOOR** [1] - 1:20
**FLOWERS** [1] - 5:21
**FOLLOWING** [2] - 4:12, 5:6
**FOR** [11] - 1:2, 1:15, 2:2, 2:5, 3:7, 5:2, 6:23, 7:3, 7:10, 7:11, 8:10
**FOREGOING** [1] - 9:1
**FORWARD** [4] - 3:9, 3:17, 3:25, 4:22

**FOUND** [1] - 4:11
**FROM** [1] - 9:2
**FURTHER** [3] - 4:18, 8:8, 8:18

### G

**GALLAGHER** [1] - 1:16
**GENERAL** [2] - 7:10, 7:14
**GO** [1] - 3:9
**GOING** [2] - 3:15, 3:17
**GOOD** [2] - 3:2, 3:3
**GOVERNMENT** [3] - 1:15, 2:2, 8:17
**GUIDELINES** [1] - 3:16
**GUILTY** [2] - 4:7, 4:11

### H

**HAS** [1] - 7:8
**HAVE** [9] - 3:4, 3:6, 3:8, 3:18, 4:23, 7:25, 8:2, 8:10, 8:17
**HE** [1] - 8:10
**HIS** [1] - 6:13
**HOEY** [8] - 2:5, 2:5, 3:3, 3:24, 4:1, 8:6, 8:16, 8:23
**HONOR** [11] - 3:2, 3:3, 3:21, 3:22, 4:1, 5:3, 8:5, 8:6, 8:16, 8:19, 8:20
**HONORABLE** [1] - 1:11

### I

**I'M** [1] - 3:15
**IF** [1] - 4:23
**IMPLEMENTATION** [1] - 7:16
**IMPLEMENTED** [1] - 7:13
**IMPOSE** [3] - 3:15, 4:24, 5:6
**IMPOSED** [9] - 3:12, 4:19, 6:15, 6:18, 6:25, 7:5, 7:6, 7:8, 7:19
**IMPOSITION** [1] - 4:23
**IN** [11] - 1:1, 4:7, 4:8, 4:10, 4:13, 4:14, 4:16, 6:18, 7:2, 7:16, 9:2
**INCARCERATED** [1] - 7:2
**INDICATING** [1] - 5:2

**INTERESTS** [1] - 8:4
**IS** [8] - 7:2, 7:8, 7:13, 7:19, 7:21, 8:7, 8:9, 9:1
**IT** [2] - 4:5, 7:8
**IT'S** [1] - 6:21

### J

**JENKINS** [1] - 6:11
**JOHN** [1] - 1:16
**JUDGE** [1] - 4:2
**JUDGMENT** [2] - 6:21, 7:11
**JURISDICTION** [1] - 6:19
**JURY** [4] - 4:6, 4:11, 4:17, 5:6
**JUST** [1] - 6:24

### K

**KABONI** [20] - 1:6, 2:5, 4:6, 4:11, 4:20, 5:9, 5:12, 5:14, 5:17, 5:19, 5:21, 5:23, 6:1, 6:3, 6:6, 6:8, 6:11, 6:13, 6:22, 7:9
**KENNETH** [1] - 5:9
**KHADIJAH** [1] - 6:8

### L

**LASSITER** [1] - 5:9
**LAW** [3] - 3:13, 3:15, 7:17
**LAWYERS** [2] - 8:2, 8:3
**LIFE** [1] - 6:23
**LLC** [1] - 2:5

### M

**MANNER** [1] - 7:16
**MANSUR** [1] - 5:11
**MARCELLA** [1] - 5:23
**MARKET** [1] - 1:20
**MARSHAL** [1] - 7:15
**MATTER** [1] - 9:3
**MAY** [3] - 4:5, 4:17, 8:13
**MD** [1] - 2:9
**MELLIN** [2] - 2:2, 8:19
**MET** [1] - 3:6
**MONDAY** [1] - 1:8
**MORNING** [4] - 3:2, 3:3, 3:7, 3:17
**MOTION** [3] - 8:10, 8:11, 8:14
**MOVE** [2] - 3:17, 4:22

**MR** [19] - 3:2, 3:3, 3:20, 3:22, 3:24, 4:1, 4:22, 5:2, 7:22, 8:1, 8:5, 8:6, 8:9, 8:15, 8:16, 8:19, 8:20, 8:23
**MULBERRY** [1] - 2:9
**MURDER** [15] - 4:7, 4:9, 4:14, 5:8, 5:11, 5:13, 5:16, 5:18, 5:20, 5:22, 5:25, 6:2, 6:5, 6:7, 6:10
**MURDERING** [1] - 6:13
**MUST** [1] - 8:1

### N

**NASH** [2] - 6:1, 6:8
**NEW** [1] - 8:10
**NO** [6] - 3:22, 5:1, 5:2, 7:19, 8:19, 8:20
**NONCAPITAL** [2] - 3:14, 4:12
**NOT** [1] - 3:9
**NOTE** [1] - 8:9
**NOTHING** [1] - 3:20
**NOW** [2] - 4:22, 6:20
**NUMBER** [1] - 1:3

### O

**OF** [45] - 1:2, 1:3, 4:7, 4:9, 4:12, 4:14, 4:17, 4:20, 4:21, 4:23, 5:5, 5:6, 5:8, 5:11, 5:13, 5:16, 5:18, 5:20, 5:22, 5:25, 6:2, 6:5, 6:7, 6:10, 6:21, 6:22, 6:23, 7:1, 7:3, 7:9, 7:10, 7:11, 7:15, 7:16, 7:17, 7:20, 9:2
**OFFICIAL** [2] - 1:19, 9:7
**ON** [26] - 3:12, 3:14, 4:5, 4:7, 4:17, 4:19, 4:20, 5:8, 5:11, 5:13, 5:16, 5:18, 5:20, 5:22, 5:25, 6:2, 6:5, 6:7, 6:10, 6:12, 6:15, 6:23, 7:1, 7:3, 7:7, 8:12
**OPENS** [1] - 3:1
**OR** [1] - 6:18
**ORDERED** [1] - 7:8
**OTHER** [5] - 6:17, 6:18, 6:19, 6:24, 7:4

### P

**PA** [4] - 1:9, 1:17, 1:21, 2:6
**PAOLI** [1] - 2:6
**PARKER** [1] - 5:17
**PARTICIPATE** [1] - 4:13
**PENALTY** [3] - 4:17, 5:5, 7:8
**PENNSYLVANIA** [2] - 1:2, 7:18
**PERIOD** [3] - 6:23, 7:3, 8:4
**PHILADELPHIA** [3] - 1:9, 1:17, 1:21
**PODIUM** [1] - 4:2
**PORCHEA** [1] - 6:6
**PRESCRIBED** [1] - 7:17
**PREVIOUSLY** [1] - 6:18
**PRISONS** [2] - 6:23, 7:3
**PROCEDURES** [1] - 7:10
**PROCEED** [1] - 3:19
**PROCEEDING** [1] - 3:7
**PROCEEDINGS** [3] - 1:23, 3:9, 9:2
**PRODUCED** [1] - 1:24
**PROTECT** [1] - 8:3
**PURPURA** [8] - 2:7, 2:8, 3:20, 3:24, 5:2, 8:9, 8:15
**PURSUANT** [2] - 5:4, 6:20

### R

**RACKETEERING** [3] - 4:8, 4:13, 4:14
**RECESS** [1] - 8:22
**RECORD** [3] - 3:5, 5:3, 9:2
**RECORDED** [1] - 1:23
**REFLECT** [1] - 3:6
**REFORM** [1] - 6:20
**REGARD** [2] - 3:6, 7:7
**RELEASE** [1] - 7:14
**REPORTER** [2] - 1:19, 9:7
**REPRESENT** [1] - 8:3
**REQUESTED** [1] - 3:8
**RETALIATING** [2] - 4:9, 6:12
**RETURNED** [2] - 4:6, 4:18
**REVIEW** [1] - 7:11

**RIGHT** [9] - 3:5, 3:18, 3:23, 4:4, 5:4, 7:25, 8:10, 8:13, 8:21
**ROAD** [1] - 2:6
**RODRIGUEZ** [1] - 6:3
**ROOM** [1] - 2:3
**RPR** [1] - 1:19
**RUBINO** [1] - 2:5
**RULE** [1] - 8:10
**RUN** [5] - 6:16, 6:17, 6:24, 7:4, 7:5

### S

**SAVAGE** [23] - 1:6, 2:5, 4:7, 4:11, 4:20, 4:22, 5:9, 5:12, 5:14, 5:17, 5:19, 5:21, 5:23, 6:1, 6:3, 6:6, 6:8, 6:11, 6:14, 6:22, 7:9, 7:22, 8:1
**SAY** [1] - 4:24
**SEAN** [1] - 6:2
**SEAT** [1] - 3:4
**SENTENCE** [11] - 4:19, 4:21, 4:23, 4:25, 6:18, 6:24, 7:1, 7:12, 7:13, 7:16, 7:21
**SENTENCED** [13] - 5:9, 5:12, 5:14, 5:17, 5:19, 5:21, 5:23, 6:1, 6:3, 6:6, 6:8, 6:11, 6:14
**SENTENCES** [9] - 3:11, 3:12, 3:14, 5:7, 6:15, 6:24, 7:5, 7:6, 7:23
**SENTENCING** [4] - 1:12, 3:7, 3:17, 6:20
**SHALL** [4] - 6:16, 6:17, 7:14, 7:15
**SHOULD** [1] - 3:5
**SLIDE** [1] - 4:2
**SPECIAL** [2] - 4:18, 7:19
**SPECIFICALLY** [1] - 3:8
**STAND** [1] - 7:20
**STATES** [4] - 1:1, 1:3, 1:16, 7:15
**STENOTYPE** [1] - 1:23
**STENOTYPE-COMPUTER** [1] - 1:23
**STEVEN** [1] - 2:2
**STREET** [4] - 1:17, 1:20, 2:2, 2:9
**SUCH** [1] - 8:13

**SUITE** [1] - 1:17
**SUPERVISE** [1] - 7:16
**SURRICK** [1] - 1:11
**SUZANNE** [1] - 1:19

### T

**TAJH** [1] - 6:5
**TAMEKA** [1] - 6:1
**TEN** [1] - 7:3
**THANK** [5] - 3:20, 5:3, 8:15, 8:16, 8:23
**THAT** [16] - 3:6, 3:8, 3:9, 3:12, 3:14, 3:15, 4:19, 6:21, 6:23, 7:2, 7:8, 7:21, 8:4, 8:9, 8:12, 9:1
**THE** [96] - 1:1, 1:2, 1:11, 1:15, 2:2, 2:5, 2:8, 3:1, 3:4, 3:5, 3:6, 3:7, 3:8, 3:11, 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:23, 4:3, 4:5, 4:7, 4:11, 4:12, 4:16, 4:17, 4:19, 4:20, 4:23, 4:24, 5:1, 5:2, 5:4, 5:5, 5:6, 5:8, 5:11, 5:13, 5:16, 5:18, 5:20, 5:22, 5:25, 6:2, 6:5, 6:7, 6:10, 6:15, 6:20, 6:21, 6:22, 7:1, 7:2, 7:3, 7:4, 7:6, 7:7, 7:9, 7:10, 7:11, 7:12, 7:13, 7:14, 7:15, 7:16, 7:17, 7:19, 7:22, 7:24, 7:25, 8:7, 8:11, 8:13, 8:17, 8:21, 9:1, 9:2
**THERE** [2] - 8:7, 8:9
**THESE** [1] - 3:16
**THEY** [2] - 3:9, 3:13
**THIS** [5] - 3:7, 3:17, 4:2, 6:18, 6:21
**THOSE** [1] - 8:3
**TIMING** [1] - 8:12
**TO** [42] - 3:6, 3:11, 3:15, 3:17, 3:24, 4:13, 4:14, 4:15, 4:19, 4:24, 5:4, 5:9, 5:12, 5:14, 5:17, 5:19, 5:21, 5:23, 6:1, 6:3, 6:6, 6:8, 6:11, 6:14, 6:20, 6:22, 6:24, 7:2, 7:4, 7:5, 7:7, 7:9, 7:13, 7:14, 7:20, 7:25, 8:2, 8:3, 8:11
**TODAY** [1] - 3:9
**TOLIVER** [1] - 5:19
**TRANSCRIPT** [2] - 1:24, 9:2
**TRANSCRIPTION** [1] - 1:24
**TRIAL** [1] - 8:10
**TROYER** [5] - 1:15, 3:2, 3:22, 8:5, 8:20
**TWO** [1] - 8:2
**TYBIUS** [1] - 5:20
**TYRONE** [1] - 5:18

### U

**UNANIMOUS** [1] - 5:6
**UNANIMOUSLY** [1] - 4:19
**UNDER** [3] - 3:13, 3:15, 3:16
**UNDERSTAND** [1] - 7:22
**UNITED** [4] - 1:1, 1:3, 1:16, 7:15
**UNTIL** [2] - 7:10, 7:21
**UPON** [1] - 5:5
**USING** [1] - 4:15

### V

**VERDICT** [1] - 4:6
**VERY** [1] - 8:2
**VOTED** [1] - 4:19

### W

**WAIVED** [1] - 7:20
**WANT** [3] - 3:9, 3:24, 4:24
**WAS** [2] - 4:5, 4:20
**WASHINGTON** [1] - 2:3
**WE** [2] - 8:9, 8:11
**WHEN** [1] - 7:13
**WHICH** [2] - 7:7, 8:10
**WHITE** [1] - 1:19
**WHO** [1] - 7:15
**WILL** [1] - 8:11
**WILLIAM** [1] - 2:8
**WITH** [13] - 3:6, 3:11, 3:17, 4:16, 4:23, 6:17, 6:18, 6:24, 7:4, 7:7, 7:21, 8:11
**WITHIN** [1] - 8:1
**WITNESS** [1] - 4:9

### Y

**YEARS** [1] - 7:3
**YES** [5] - 4:1, 4:3, 7:24, 8:5, 8:6
**YOU** [31] - 3:18, 3:20, 3:24, 4:23, 4:24, 5:3, 5:9, 5:12, 5:14, 5:17, 5:19, 5:21, 5:23, 6:1, 6:3, 6:6, 6:8, 6:11, 6:13, 6:21, 7:2, 7:20, 7:22, 7:25, 8:2, 8:3, 8:13, 8:15, 8:16, 8:23
**YOUR** [13] - 3:2, 3:3, 3:20, 3:22, 3:25, 4:1, 5:3, 8:3, 8:5, 8:6, 8:16, 8:19, 8:20