IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-550-03 |
| KABONI SAVAGE | : | |

**O R D E R**

**AND NOW**, this 17th day of September, 2014, upon consideration of Defendant Kaboni Savage's Initial Motions Pursuant to Federal Rules of Criminal Procedure 29, 33, and 34 (ECF No. 1469), and Supplement to Motions Pursuant to Federal Rules of Criminal Procedure 29, 33, and 34 (ECF No. 1524), and all papers submitted in support thereof, and in opposition thereto, it is **ORDERED** that Defendant's Motions are **DENIED**.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**