IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 
: CRIMINAL ACTION
v. :
: NO. 07-550
KABONI SAVAGE :

**O R D E R**

AND NOW, this 25th day of September, 2017, upon consideration of Defendant-Appellant Kaboni Savage's Motion for a Complete and Accurate Record for Appeal (ECF No. 1669), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED** in part, and **DENIED** in part, consistent with the accompanying Memorandum.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.