# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | **Criminal No. 2:07-cr-00550-RBS** |
| | **)** | |
| | **)** | |
| **v.** | **)** | **Hon. Chad F. Kenney** |
| | **)** | |
| **KABONI SAVAGE,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |
| | **)** | |

---

## MOTION TO FILE EXHIBIT 17 TO SAVAGE'S MOTION FOR DISCOVERY UNDER SEAL

---

Pursuant to Federal Rule of Criminal Procedure Rule 49.1, Local Civil Rule 5.1.5, and governing case law, Kaboni Savage respectfully moves this Court to either allow the filing of exhibit 17 to Savage's Motion for Discovery to be filed under seal, or alternatively, for the Court to lift the sealing order entered on May 22, 2003, protecting this document.

Exhibit 17 is a search warrant application for items related to the murder of Tyrone Toliver in the home of Kareem Bluntly. This application was sealed on May 22, 2003, when the warrant was authorized. Trial counsel was provided this warrant through discovery and undersigned current counsel received this document from trial counsel's files. Undersigned counsel is uncertain whether this sealing order remains in effect. In order to avoid improper public disclosure, counsel requests that this Court either allow this document to be filed under seal, or, alternatively, for this Court to

formally lift the prior sealing order. Proposed orders for both scenarios are attached.

Further, this exhibit has been submitted to ECF_Documents@paed.uscourts.gov for

the court to review.

Respectfully submitted,

*/s/ Bridget L. Kennedy*
Bridget L. Kennedy
OH Bar 100802
Assistant Federal Public Defender
bridget_kennedy@fd.org
(614)-469-4141

*/s/ Natalie Olmstead*
Natalie Olmstead
OH Bar 85977
Chief, Capital Habeas Unit
Natalie_olmstead@fd.org
(614)-469-4141

Office of the Federal Public Defender
Southern District of Ohio
10 West Broad Street, Suite 1020
Columbus, OH 43215

*/s/ Ryan Norwood*
Ryan Norwood
PA Bar 332919
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Nevada
411 E. Bonneville St.
Las Vegas, NV 89101
ryan_norwood@fd.org
(702) 388-6577

ATTORNEYS FOR KABONI SAVAGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically through the ECF system and notice sent to counsel of record for all parties on June 4, 2026.

*/s/ Natalie Olmstead*
Natalie Olmstead
OH Bar 85977
Chief, Capital Habeas Unit
Office of the Federal Public Defender
Southern District of Ohio
10 West Broad Street, Suite 1020
Columbus, OH 43215
Natalie_olmstead@fd.org
(614)-469-4141

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 2:07-cr-00550-RBS** |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KABONI SAVAGE,** | ) | **Hon. Chad F. Kenney** |
| | ) | |
| | ) | |
| **Defendant** | ) | |

---

### [PROPOSED] ORDER GRANTING SEALING

---

AND NOW, this ___ day of _____, 2026, upon consideration of Kaboni Savage's *MOTION TO FILE EXHIBIT 17 TO SAVAGE'S MOTION FOR DISCOVERY UNDER SEAL*, it is hereby ORDERED as follows:

1. Defendant Kaboni Savage's motion is GRANTED.

2. Exhibit 17, shall be filed under seal.

BY THE COURT:

_____

**Chad F. Kenney**
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | **Criminal No. 2:07-cr-00550-RBS** |
| | **)** | |
| | **)** | |
| **v.** | **)** | |
| | **)** | |
| **KABONI SAVAGE,** | **)** | **Hon. Chad F. Kenney** |
| | **)** | |
| | **)** | |
| **Defendant** | **)** | |

---

**[PROPOSED] ORDER LIFTING SEALING REQUIREMENT ON EXHIBIT 17**

---

AND NOW, this ___ day of _____, 2026, upon consideration of Kaboni Savage's *MOTION TO FILE EXHIBIT 17 TO SAVAGE'S MOTION FOR DISCOVERY UNDER SEAL*, it is hereby ORDERED as follows:

1.  The sealing order issued by this Court on June 4, 2026 is hereby lifted.

2.  Exhibit 17 shall be filed publicly within 7 days.

BY THE COURT:

---

**Chad F. Kenney**
United States District Judge