**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KABONI SAVAGE,** | : | **NO. 07-cr-550-3** |
| **Defendant.** | : | |

**ORDER**

**AND NOW**, this **3rd** day of **September 2026**, upon review of the docket and consideration of Defendant Kaboni Savage's Petition for Writ of *Habeas Corpus* (ECF No. 1746), Defendant's Exhibits in Support of his Petition for Writ of *Habeas Corpus* (ECF No. 1747), the Government's Response in Opposition to the Defendant's Petition for Writ of *Habeas Corpus* (ECF No. 1795), Defendant's Reply to the Government's Response (ECF No. 1807), Defendant's Motion for Discovery (ECF No. 1808), the Government's Response thereto (ECF No. 1821), Defendant's Reply to the Government's Response (ECF No. 1825), Defendant's Motion for Discovery Relating to Jury Composition Claims (ECF No. 1811), the Government's Response thereto (ECF No. 1820), Defendant's Reply to the Government's Response (ECF No. 1823), Defendant's Motion for Limited Disclosure of Juror Identities and Leave to Contact Jurors (ECF No. 1812), the Government's Response thereto (ECF No. 1819), Defendant's Reply to the Government's Response (ECF No. 1824), Defendant's Motion for Exculpatory and Impeachment Information (ECF No. 1817), the Government's Response thereto (ECF No. 1822), and Defendant's Reply to the Government's Response (ECF No. 1826), and after a thorough and independent review of the record, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's Petition for Writ of *Habeas Corpus* (ECF No. 1746) is **DENIED**.
2. Defendant's Motion for Discovery (ECF No. 1808) is **DENIED**.

3. Defendant's Motion for Discovery Relating to Jury Composition Claims (ECF No. 1811) is **DENIED**.
4. Defendant's Motion for Limited Disclosure of Juror Identities and Leave to Contact Jurors (ECF No. 1812) is **DENIED**.
5. Defendant's Motion for Exculpatory and Impeachment Information (ECF No. 1817) is **DENIED**.
6. No certificate of appealability will issue because Defendant has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**