**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 2:07-cr-00550-CFK** |
| | ) | |
| | ) | |
| **v.** | ) | **Hon. Chad F. Kenney** |
| | ) | |
| **KABONI SAVAGE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

---

## NOTICE OF APPEAL

---

Kaboni Savage, through counsel, hereby gives notice of his appeal to the United States Court of Appeals for the Third Circuit from this Court's September 3, 2026, Memorandum and Order denying Mr. Savage's petition for a writ of habeas corpus and motions for discovery, and declining to issue a certificate of appealability under 28 U.S.C § 2253(c). Docs.1834 & 1835. Pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, this notice of appeal is timely filed within 60 days of the District Court's order.

Respectfully submitted,

***/s/ Bridget L. Kennedy***
Bridget L. Kennedy
OH Bar 100802
Assistant Federal Public Defender
Capital Habeas Unit
Office of the Federal Public Defender

Southern District of Ohio
10 West Broad Street, Suite 1020
Columbus, OH 43215
bridget_kennedy@fd.org
(614)-469-4141

***/s/ Natalie Olmstead***
Natalie Olmstead
OH Bar 85977
Chief
Capital Habeas Unit
Office of the Federal Public Defender
Southern District of Ohio
10 West Broad Street, Suite 1020
Columbus, OH 43215
Natalie_olmstead@fd.org
(614)-469-4141

***/s/ Ryan Norwood***
Ryan Norwood
PA Bar 332919
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Nevada
411 E. Bonneville St.
Las Vegas, NV 89101
ryan_norwood@fd.org
(702) 388-6577

ATTORNEYS FOR KABONI SAVAGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically through the ECF system and notice sent to counsel of record for all parties on October 30, 2026.

***/s/ Bridget L. Kennedy***
Bridget L. Kennedy
OH Bar 100802
Assistant Federal Public Defender
Capital Habeas Unit
Office of the Federal Public Defender
Southern District of Ohio
10 West Broad Street, Suite 1020
Columbus, OH 43215
bridget_kennedy@fd.org
(614)-469-4141

ATTORNEY FOR KABONI SAVAGE